## *United States District Court for the Northern District of Illinois*

Case Number: __08 C 50033__    Assigned/IssuedBy: _____

---

### FEE INFORMATION

**Amount Due:**    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Paid: _____    Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**    ☑ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

Original and __1__ copies on __3/7/08__ as to _____
(Date)

all defendants

---

C:\wpwin80\docket\feeinfo.frm    01/01