UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

F I L E D

MAR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff Walter Keith Perkins

Susan P. Perkins

vs.

Defendant

Richard W. Schmitt

AKA

Richard W. Schmidt

CIVIL CASE NO. 08 C 500 33

MOTION

INJUNCTION

JUDICIAL RESTRAINING ORDER

Including all parties listed in case 08C50033 and all associates.

Also asking for a $1,000,000.00 fee if violated.

Distance one mile or 5280 feet

*Walter K. Perkins* (signature)
*Susan P. Perkins* (signature)