

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
211 SOUTH COURT STREET
ROCKFORD, ILLINOIS 61101

**MICHAEL W. DOBBINS**
   CLERK                                                                                              815-987-4354

March 11, 2008

USDC/ ILND Eastern Division
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn St.;   20th Floor
Chicago, IL 60604

Re: Perkins v. Schmitt, et al
USDC No.: 3:08-cv-50033

Dear Clerk:

Enclosed is a copy of the transfer order entered by the Honorable Judge Kapala on March 11, 2008.   All documents in this case have been imaged.

                                                              Sincerely yours,

                                                              Michael W. Dobbins, Clerk

                                                         By:   s/ Jennifer Titak
                                                                 Jennifer Titak, Deputy Clerk

Enclosure(s):