

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 211 SOUTH COURT STREET
### ROCKFORD, ILLINOIS 61101

**MICHAEL W. DOBBINS**

**CLERK**                                                                                   **815-987-4354**


March 11, 2008

```
FILED: MARCH 11, 2008
08CV50033            CEM
JUDGE KOCORAS
MAGISTRATE JUDGE MASON
```

USDC/ ILND Eastern Division
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn St.;   20th Floor
Chicago, IL 60604


Re: Perkins v. Schmitt, et al
USDC No.: 3:08-cv-50033


Dear Clerk:

Enclosed is a copy of the transfer order entered by the Honorable Judge Kapala on March 11, 2008.   All documents in this case have been imaged.



Sincerely yours,

Michael W. Dobbins, Clerk

By:   s/ Jennifer Titak
        Jennifer Titak, Deputy Clerk



Enclosure(s):