## United States District Court, Northern District of Illinois

JUDGE KOCORAS
MAGISTRATE JUDGE MASON

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50033 | **DATE** | 3/11/2008 |
| **CASE TITLE** | Perkins vs. Schmitt, et al. | | |

**DOCKET ENTRY TEXT:**

This case was erroneously filed in the Northern District of Illinois, Western Division, Rockford, Illinois. This case and all pending motions are hereby transferred to the Northern District of Illinois, Eastern Division, Chicago, Illinois, for further proceedings.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|

08C50034 Repp vs. Murphy Oil Corp.  Page 1 of 1