080239.6

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Walter Keith Perkins and Susan P. Perkins, | |
| Plaintiffs, | |
| v. | No.   08 C 50033 |
| Richard W. Schmitt, a/k/a Richard Schmidt, Robert Fulwider, Randy Hooper, Ronald Marconi, Ernest Brown, Greg Sticke, Thomas Templeton, Joseph Hettel Donald Lamps, Daniel Schmidt, Mary McDade, Chris Ryan (Howard C. Ryan, Jr.), Gary Garretson, John Hanson and Tom Lytton, | Honorable Charles P. Kocoras |
| | Magistrate Michael T. Mason |
| Defendants. | |

## MOTION TO DISMISS

Defendant, John Hanson, by his attorneys, John J. Duffy, Bryan J. Kirsch and Donohue Brown Mathewson & Smyth LLC, moves to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and states as follows:

1. Plaintiffs Walter and Susan Perkins have filed a *pro se* complaint against numerous defendants. Plaintiffs list, but do not plead, causes of action for the following: "false charges, arrest, diress, trespassing, contempt, lieing under oath, taking away constituiona rights, violating civil rights, incompetence, mental cruelty, harassment, stalking, violating oath of office, copyrights, destroying private property, takan land without due process, extortion." (Plaintiffs' complaint, p. 2, a copy of which is attached hereto as Exhibit "A"). Plaintiffs did not set out any legal basis as to why each claim would apply or to whom such claims apply.

2.   Plaintiffs' complaint provides some "factual information" as to the basis for bringing a complaint, but not once in that diatribe do they mention or refer to this defendant, John Hanson.

3.   It is unknown to defendant Hanson, what allegations or causes of action plaintiffs seek to bring against him and it is further unclear as to what statutory or constitutional provisions plaintiffs utilize to seek their intended relief of "$999,999,999.99 + cost." (Pl. compl., p. 1). As such, plaintiffs' complaint must be dismissed for failure to state a proper cause of action pursuant to Federal Rule of Civil Procedure 12(b)(6).

4.   It is generally held that a pro se litigant is given more deference in filing a complaint, so he does not lose out on a good claim simply because he has not complied with the legal requirements of filing a complaint. Haines v. Kerner, 404 U.S. 519 (1972). "But this principle does not relieve litigants from the need to take those steps required to present and preserve their claims." Korsunskiy v. Gonzales, 461 F. 3d 847, 850 (7th Cir. 2006). "We have never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel. As we have noted before, 'in the long run, experience teaches that strict adherence to the procedural requirements specified by the legislature is the best guarantee of evenhanded administration of the law.'" Mohasco Corp. v. Silver, 447 U.S. 807, 826 (1980).

5.   In this case, plaintiffs' complaint not only lacks a proper statement of jurisdiction pursuant to Federal Rule of Civil Procedure 8(a)(1), but the allegations set forth are simply insufficient as to state any cause of action against this defendant. While Hanson recognizes that this Court should grant some leeway to plaintiffs as pro se litigants, the complaint as it stands lacks any reference to Hanson, let alone an indicia of the alleged causes of action brought against him. The

plaintiffs' complaint is deficient as a matter of law and must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, the Defendant, John Hanson, respectfully requests that this Honorable Court enter an Order dismissing plaintiffs' complaint without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

    Respectfully submitted,

    JOHN HANSON

    s/ John J. Duffy
    John J. Duffy (john.duffy@dbmslaw.com)
    DONOHUE BROWN MATHEWSON & SMYTH LLC
    140 South Dearborn Street, Suite 800
    Chicago, IL  60603
    Telephone:    (312) 422-0900
    Facsimile:    (312) 422-0909

John J. Duffy (ARDC No. 6224834)
Bryan J. Kirsch (ARDC No. 6277793)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800
Chicago, IL  60603
Telephone:    (312) 422-0900
Facsimile:    (312) 422-0909