ND-IL

**FILED**

MAR 07 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

08 C 50033

Walter Keith Perkins
Susan P. Perkins
  v.
Richard W. Schmitt, aka Richard Schmidt
Robert Fulwider
Randy Hooper
Ronald Marconi
Ernest Brown
Greg Sticke
Thomas Templeton
Joseph Hettel
Donald Lamps
Daniel Schmidt
Mary McDade
Chris Ryan
Gary Garretson
John Hanson
Tom Lytton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

Plaintiff   Walter Keith Perkins

Susan P. Perkins

vs.   CIVIL CASE NO.   08 C 5 0 0 3 3

Defendant

Richard W. Schmitt, et al   COMPLAINT

This cause was started when we got the people on 2350th.Rd., in Fall River Twp. to go to town ship meeting to get our road blacktopped. We agreed to pay for it ourselves and to borrow $200,000.00 to pay for it.

Our neighbors and ourselves drew up a contract for a right of way easement to be given and how our land was to be used. Five people signed the same contract in five different colors of ink and one attorney filled in the survey part with his color of pen. There was also wording on the contract there was not to be any ditches installed.

We, Keith and Susan Perkins, left on vacation to the upper part of Michigan for three weeks while the work was being done. We got a phone call to come home. And was informed our equipment had been moved, ditches was dug ,also driveway was missing.Had to come home and tried to get things straightened out. Tried to get engineers and township board to correct the damages but couldn't. Did finally get them to install a longer culvert for entry way.

Came home with a load of straw, and buried the truck up to the front axle after the construction work was done. There had been a half inch rain that got things damp in the straw field but wasn't enough to make any tracks. The driveway was built of loose dry dirt and two inches of gravel. Was not built to federal motor fuel specs.

Then Richard W. Schmitt hired a contractor to remove our driveway again while we was gone.

We tried to get the driveway reinstalled and extent the culvert to get our heavy equipment in and out.

Keith Perkins was arrested on four felonies for criminal trespassing and criminal damages to government property.

There was no such law for this arrest but they kept us under duress and is still going on to this day.

Our attorney guaranteed us there was no way that Keith Perkins would be convicted. We are held by duress . And our income is being taken away. Our copyrights have been used without our consent.

This new law that has been made up is unconstitutional.

$999,999,999.99 + Cost

### CAUSE OF ACTION

False Charges, Arrest, Diress, Trespassing, Contempt, lieing Under Oath, Taking Away Constitutiona Rights, Violating Civil Rights, Incompetence, Mental Cruelty, Harassment, Stalking, Violating Oath of Office, Copyrights, Destroying Private Property, Takan Land Without Due Process, Extortion,

Richard W. Schmitt A.K.A. Richard W. Schmitt Robert Fulwider, Randy Hooper, Ronald Marconi Greg Sticke, Thomas Templeton, Joseph Hettel, Donald Lamp, Daniel Schmidt, Mary McDadley, Chris Ryan, Gary Garretson, John Hanson Lytton

All stop us. from Having a drive way or egres & ingres To ure land. all Have charge Keith Perkins with a Class 4 Felony for Some Thing That wasn't a Felony but on a New law That They wanted To Create. In This prosqss They have alowed outers To Trosspass, remove our Trees & do a large amont of Damege To our Home & consTucTon equipmeT.

*Susan P. Perkins*

_____
Signature

2591 E 23 50Th Rd
Street Address

Marseilles   Ill   61341
City           State   Zip

815-715-5059
Phone Number