080239.7

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Walter Keith Perkins and Susan P. Perkins, | |
| Plaintiffs, | |
| v. | No.   08 C 50033 |
| Richard W. Schmitt, a/k/a Richard Schmidt, Robert Fulwider, Randy Hooper, Ronald Marconi, Ernest Brown, Greg Sticke, Thomas Templeton, Joseph Hettel Donald Lamps, Daniel Schmidt, Mary McDade, Chris Ryan (Howard C. Ryan, Jr.), Gary Garretson, John Hanson and Tom Lytton, | Honorable Charles P. Kocoras  Magistrate Michael T. Mason |
| Defendants. | |

## NOTICE OF MOTION

To:     See attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, April 29, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Charles P. Kocoras**, or any Judge sitting in her place or stead, in the Courtroom usually occupied by her in Room 1925 at 219 S. Dearborn Street, Chicago, Illinois, and present **Motion to Dismiss**, a copy of which is attached.

                                                 s/ John J. Duffy
                                                 John J. Duffy (john.duffy@dbmslaw.com)
                                                 Bryan J. Kirsch (bryan.kirsch@dbmslaw.com)
                                                 DONOHUE BROWN MATHEWSON & SMYTH LLC
                                                 140 South Dearborn Street, Suite 800
                                                 Chicago, IL  60603
                                                 Telephone:     (312) 422-0900
                                                 Facsimile:       (312) 422-0909

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed **Motion to Dismiss** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which sent notification of such filing to the counsel of record set forth below.

## SERVICE LIST

Mark William Bina
Office of the Illinois Attorney General, General Law Bureau
100 W. Randolph Street
13th Floor
Chicago, IL  60622
mbina@atg.state.il.us

Mr. Ronald Anthony Rascia
Illinois Attorney General's Office
100 West Randolph Street
13th Floor
Chicago, IL  60601
rrascia@atg.state.il.us


**Notice has been delivered by other means to:**

Walter Keith Perkins
2591 E. 2350th Road
Marseilles, IL  61341

Susan P. Perkins
2591 E. 2350th Road
Marseilles, IL  61341

                                              s/ John J. Duffy