# EXHIBIT A

4/21/08  9:48:44  GAL/JIMS 8.0  CRMHSTCAS          CRIMINAL HISTORY DATA  LASALLE          GAL/353-020102 LAR  PAGE

```
--------------------------------------------------------------------------------
                                          FILED    CLOSED    DOB DL NUMBER          STATE SEX RAC
CASE NUMBER      NAME                      WARRANT  ARREST
                 ADDRESS
--------------------------------------------------------------------------------
2004CF000266D 001 PERKINS, WALTER KEITH    6/07/2004 1/19/2006 5/04/1945                       M
                 WARRANT/ARREST:                     6/05/2004
                 2591 E 2350TH ROAD
                 MARSEILLES        IL  61341-0000
--------------------------------------------------------------------------------

                 ARRESTING AGENCY:        LaSalle Co Sheriff
                 DEFENSE ATTY:            GARRETTSON, GARY/HANSON, JOHN
                 ----------------------------------------------------------
                 DUE DATE:                4/29/2008
                 TOTAL DUE:               6,483.77
                 TOTAL PAID:              1,190.00
                 BALANCE:                 5,293.77
                 ----------------------------------------------------------
                 HEARING #01              4/29/2008   9:00  223R        A     Time to pay
                 ----------------------------------------------------------
                          CHARGE/PLEA/DISPOSITION/SENTENCE          CLASS STATUTE                    TICI
                                                                          MIN Y-M-D   MAX Y-M-D  HOURS
                 ----------------------------------------------------------
    CHG  1  1      CRIM DMG/GOVT PROP/>$500-10K           3 CF 0720 ILCS  5.0/21-4(1)(a)         00000
    PLEA            No Plea
    DSP  1  1  1    Dismiss/State Motion                  1/20/2005
    CHG  2  1      CRIM DMG/GOVT PROP/>$500-10K           3 CF 0720 ILCS  5.0/21-4(1)(a)         00000
    PLEA            No Plea
    DSP  2  1  1    Dismiss/State Motion                  1/19/2006
    CHG  3  1      KNOW DAMAGE PROP >$300-10K             4 CF 0720 ILCS  5.0/21-1(1)(a)         00000.
    PLEA            Guilty
    DSP  3  1  1    Guilty                                8/18/2005
    SNT  3  1  1  1 Conditional Discharge In force        1/19/2006  01-00-000
    SNT  3  1  1  2 Fine              Waived              1/19/2006
    SNT  3  1  1  3 Restitution       In force            1/19/2006
    CHG  4  1      KNOW DAMAGE PROP >$300-10K             4 CF 0720 ILCS  5.0/21-1(1)(a)         00000
    PLEA            No Plea
    DSP  4  1  1    Dismiss/State Motion                  1/19/2006
```

I do hereby certify the above document to be a true copy of the original on
file and of record in my office.

4/21/08  ----------------------------------------------
          CLERK OF THE CIRCUIT COURT JOSEPH M CAREY
          COUNTY OF LASALLE

4/21/08   PAGE   1

2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
-----------------------------------------------------------------------------------------
                                                                     CHANGED USER
-----------------------------------------------------------------------------------------
ENTERED   JDG CR  TEXT
-----------------------------------------------------------------------------------------

| Date | | | Text | User |
|------|---|---|------|------|
| 6/07/2004 | | | CRIMINAL INFORMATION FILED - COUNT I | |
| 6/07/2004 | HCR | PDW | People present by Assistant State's Attorney Greg Sticka. Defendant | |
| 6/07/2004 | | | present, in custody but not represented. Cause comes on for First | |
| | | | Appearance. The defendant is tendered a copy of the charges and | |
| | | | acknowledges receipt in open Court. Defendant is advised of the | |
| | | | charges and possible penalties. Defendant states he will retain his | |
| | | | own counsel. Bond is set in the amount of $7,500.00 10% rule applies. | |
| | | | Defendant is admonished if he escapes from custody or fails to appear | |
| | | | a trial could be held in his absence. Cause is continued until June | |
| | | | 17, 2004 at 9:00 a.m. for Appearance with Counsel/Arraignment. | DLM |
| 6/07/2004 | HCR | | ORDER | DLM |
| 6/07/2004 | | | FILE SENT TO IMAGING | DLM |
| 6/08/2004 | | | FILE RETURNED FROM IMAGING | BLM |
| | | | BAIL BOND POSTED IN THE AMOUNT OF $ 7500.00      10% TO APPLY. | |
| | | | COURT DATE: 06/17/04 AT 9:00 AM | NJN |
| 6/09/2004 | | | FILE SENT TO IMAGING | NJN |
| | | | FILE RETURNED FROM IMAGING | BLM |
| 6/10/2004 | | | NOTICE, DEF. MARCONI FOR 061604 AT 1:45 P.M. | GKM |
| 6/16/2004 | WPB | BKC | People present by Assistant State's Attorney, Brian J. Towne. | |
| | | | Defendant not present or represented. Indictment returned by the | |
| | | | Grand Jury on one count of Criminal Damage to Government Supported | |
| | | | Property (Class 3 Felony). Bond previously set in the amount of | |
| | | | $7,500.00 will remain. The defendant is presently out of custody | |
| | | | having posted that bond. | |
| 6/16/2004 | | | INDICTMENT (1) | SML |
| 6/17/2004 | HCR | BMB | People present by Assistant State's Attorney Greg Sticka. Defendant | |
| 6/17/2004 | | | personally present and not represented. Cause comes on for appearance | |
| | | | with counsel and arraignment. The defendant is tendered a copy of | |
| | | | a one count indictment. The defendant requests additional time to | |
| | | | retain private counsel. By agreement of the parties, cause is | |
| | | | continued to July 8, 2004 at 9:00 a.m. for appearance with counsel. | |
| 6/17/2004 | HCR | | ORDER | |
| 6/17/2004 | | | FILE SENT TO IMAGING | TLH |

```
2004CF000266D 001
PEOPLE
VS.
PERKINS, WALTER KEITH              GARRETTSON, GARY/HANSON, JOHN
```

|  |  |  | CHANGED USER |
|---|---|---|---|
| ENTERED | JDG CR | TEXT |  |

| ENTERED | JDG CR | TEXT |  |
|---|---|---|---|
|  |  | FILE RETURNED FROM IMAGING | LMP |
| 7/08/2004 | HCR PDW | People present by Assistant State's Attorney Brian Vescogni. |  |
| 7/08/2004 |  | Defendant personally present and represented by Attorney Gary Garretson who enters his appearance. Cause comes on for appearance with counsel and arraignment. The defendant and his attorney are tendered a copy of a one count indictment. The defendant acknowledges receipt of the copy, waives formal reading of the charge and explanation of the possible penalties that could be imposed and enters a plea of not guilty. Pretrial order is tendered to the Court. Dates are acceptable and the order is entered. Cause is continued to September 16, 2004 at 9:00 a.m. for OMHD, September 30, 2004 at 9:00 a.m. for final pretrial and October 4, 2004 at 10:00 a.m. for jury trial. The defendant is granted leave to leave the state of Illinois without objection. APPEARANCE (GARY GARRETSON) |  |
| 7/08/2004 | HCR | PRE-TRIAL ORDER FOR FELONY CASES |  |
| 7/08/2004 |  | FILE SENT TO IMAGING | TLH |
| 7/09/2004 |  | FILE RETURNED FROM IMAGING | MAB |
| 7/12/2004 |  | NOTICE OF FILING, LASALLE COUNTY STATE'S ATTORNEY | LAR |
|  |  | CERTIFICATE OF SERVICE | LAR |
|  |  | MOTION TO DISMISS INDICTMENT | LAR |
|  |  | FILE SENT TO IMAGING | LAR |
| 7/13/2004 |  | FILE RETURNED FROM IMAGING | MAB |
| 9/13/2004 |  | INFORMATION FURNISHED TO DEFENDANT PURSUANT TO ILLINOIS SUPREME COURT RULE 412 | LAR |
|  |  | FILE SENT TO IMAGING | LAR |
|  |  | FILE RETURNED FROM IMAGING | MAB |
|  |  | NOTICE, DEPUTY R MARCONI FOR 10-5-04 AT 8:30 AM | LAR |
| 9/15/2004 |  | SUBPOENA ISSUED, R SCHMITT |  |
|  |  | SUBPOENA ISSUED, E BROWN |  |
|  |  | SUBPOENA ISSUED, R FULWIDER |  |
|  |  | SUBPOENA ISSUED, R HOOPER |  |
|  |  | SUBPOENA ISSUED, S PERKINS | LAR |

```
2004CF000266D 001
PEOPLE
VS.                                       GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
---------------------------------------------------------------------------------------
                                                                       CHANGED USER
-------------------------------------------------------------------------------------
 ENTERED   JDG CR  TEXT
---------------------------------------------------------------------------------------
```

9/16/2004 HCR PDW People present by Assistant State's Attorney Greg Sticka.  Defendant

9/16/2004          personally present and represented by Attorney Gary Garretson.

Cause comes on for OMHD.  Statements by counsel heard. Mr. Sticka

acknowledges receipt of motion to dismiss indictment.  Mr. Garretson

is prepared to proceed on his motion.  Mr. Sticka requests a

continuance.  The Court orders that all dates previously set stand.

Cause is continued to September 30, 2004 at 9:00 a.m. for final

pretrial/motion to dismiss indictment.                          TLH

FILE SENT TO IMAGING                                            LAR

FILE RETURNED FROM IMAGING                                      KAD

9/22/2004 WPB BKC People present by Assistant State's Attorney, Brian J. Towne.

Defendant not present or represented.  Additional Indictments returned

by the Grand Jury on one count of Criminal Damage to Government

Supported Property (Class 3 Felony) and two counts of Criminal Damage

to Property (Class 4 Felonies).  Bond previously set in the amount of

$7,500.00 will remain.  The defendant is presently out of custody

having posted that bond.

9/22/2004          INDICTMENTS (3), COUNTS II - IV

9/23/2004          FILE SENT TO IMAGING                         SML

9/24/2004          FILE RETURNED FROM IMAGING                   LMP

9/27/2004          SUBPOENA RETURNED SERVED, R. FULWIDER        GKM

FILE SENT TO IMAGING                                            GKM

9/28/2004          FILE RETURNED FROM IMAGING                   LMP

9/29/2004          SUPPLEMENTAL INFORMATION FURNISHED TO DEFENDANT PURSUANT TO ILLINOIS

SUPREME COURT RULE 412                                          GKM

9/30/2004 HCR PDW People present by Assistant State's Attorney Greg Sticka.  Defendant

9/30/2004          personally present and not represented.  Cause comes on for final

pretrial.  Oral motion by Mr. Sticka for a continuance on behalf of

Mr. Garretson.  Motion is granted.  Cause is continued to November 12,

2004 at 9:00 a.m. for status.  Jury trial date of 10-4-04 is stricken.

Oral motion by the defendant to leave the state of Illinois.  No

objection.  Motion granted.

9/30/2004 HCR      ORDER

LAR

4/21/08  PAGE  4

2004CF000266D 001
PEOPLE
VS.
PERKINS, WALTER KEITH             GARRETTSON, GARY/HANSON, JOHN

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---|---|---|---|
| 9/30/2004 | | FILE SENT TO IMAGING | TLH |
| 10/06/2004 | | FILE PULLED FROM IMAGING | CMK |
| | | SUBPOENA RETURNED NOT SERVED, R SCHMITT | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 10/08/2004 | | FILE PULLED FROM IMAGING | CMK |
| | | SUBPOENA RETURNED NOT SERVED, R HOOPER | |
| | | SUBPOENA RETURNED NOT SERVED, S PERKINS | |
| | | SUBPOENA RETURNED NOT SERVED, E BROWN | LAR |
| 10/12/2004 | | FILE SENT TO IMAGING | LAR |
| 10/14/2004 | | FILE RETURNED FROM IMAGING | LMP |
| 11/12/2004 | HCR PDW | People present by Assistant State's Attorney Greg Sticka.  Defendant | |
| 11/12/2004 | | present, and represented by Attorney Gary Garretson.  Cause comes on | |
| | | for status.  Statments by counsel heard.  Counts II, III,and IV of the | |
| | | Indictment are tendered in open Court to the defendant and his counsel | |
| | | Defendant acknowledges receipt of the copies, waives formal reading of | |
| | | the charges and explanation of the possible penalties that could be | |
| | | imposed and enters a plea of not guilty.  Cause continued until | |
| | | January 6, 2005 at 9:00 a.m. for Motion Hearing, January 20, 2005 at | |
| | | 9:00 a.m. for Final Pretrial, January 24, 2005 at 10:00 a.m. for Jury | |
| | | Trial. | DLM |
| 11/12/2004 | HCR | ORDER | DLM |
| 11/22/2004 | | NOTICE, DEPUTY R MARCONI FOR 1-25-04 AT 8:30 AM | |
| | | NOTICE, L KINZER FOR 1-25-04 AT 8:30 AM | |
| | | SUBPOENA ISSUED, L KINZER | |
| | | SUBPOENA ISSUED, R SCHMITT | |
| | | SUBPOENA ISSUED, E BROWN | |
| | | SUBPOENA ISSUED, R FULWIDER | |
| | | SUBPOENA ISSUED, R HOOPER | |
| | | SUBPOENA ISSUED, S PERKINS | LAR |
| 12/14/2004 | | SUBPOENA RETURNED SERVED, E BROWN | LAR |
| 12/15/2004 | | FILE SENT TO IMAGING | LAR |
| 12/17/2004 | | FILE RETURNED FROM IMAGING | MAB |
| 1/06/2005 | HCR JAK | People present by Assistant State's Attorney Greg Sticka.  Defendant | |

```
2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
```

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---------|--------|------|--------------|

| | | | |
|---------|--------|------|--------------|
| 1/06/2005 | | personally present and represented by Attorney Gary Garretson. | |
| | | Cause comes on for OMHD/Motion to Dismiss. Mr. Garretson acknowledges | |
| | | receipt of Counts II-IV previously tendered. Cause proceeds with | |
| | | motion to dismiss. Arguments by counsel heard. The Court reserves | |
| | | its ruling at this time. The Court orders that all dates previously | |
| | | set stand. Cause is continued to January 20, 2005 at 9:00 a.m. for | |
| | | final pretrial/ruling. | TLH |
| 1/18/2005 | | SUBPOENA RETURNED SERVED, L KINZER | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 1/19/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 1/20/2005 | HCR JAK | People present by Assistant State's Attorney Greg Sticka. Defendant | |
| 1/20/2005 | | personally present and represented by Attorney Gary Garrettson. Cause | |
| | | comes on for final pretrial. Mr. Garrettson tenders a motion for | |
| | | continuance and motion for survey. Mr. Sticka acknowledges receipt | |
| | | of the motions. Statements by the Court. Motion to dismiss which | |
| | | was previously argued in granted as to Count I. There is no | |
| | | objection to defendant's motions. Motion to permit survey is | |
| | | granted. Motion for continuance is granted. Cause is continued to | |
| | | March 31, 2005 at 9:00 a.m. for final pretrial and April 4, 2005 at | |
| | | 10:00 a.m. for jury trial. Jury trial date is stricken. | |
| | | MOTION FOR CONTINUANCE | |
| | | MOTION TO PERMIT SURVEY | |
| 1/20/2005 | HCR | ORDER | |
| 1/20/2005 | | FILE SENT TO IMAGING | tlh |
| 1/25/2005 | | SUBPOENA RETURNED NOT SERVED, R SCHMITT | |
| | | SUBPOENA RETURNED NOT SERVED, R FULWIDER | LAR |
| 1/26/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 1/28/2005 | | FILE SENT TO IMAGING | LAR |
| 1/31/2005 | | FILE PULLED FROM IMAGING | CMK |
| | | SUBPOENA RETURNED NOT SERVED, S PERKINS | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 2/02/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 3/31/2005 | HCR JAK | People present by Assistant State's Attorney Greg Sticka. Defendant | |

2004CF000266D 001
PEOPLE
VS.                                        GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
--------------------------------------------------------------------------------------------------------------
                                                                                    CHANGED USER
ENTERED    JDG CR   TEXT
--------------------------------------------------------------------------------------------------------------

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---|---|---|---|
| 3/31/2005 | | personally present and represented by Attorney Gary Garretson.  Cause comes on for pretrial.  Statements by Mr. Sticka.  Oral motion by Mr. Garretson for a continuance.  Motion is granted without objection.  Jury trial date of 4-4-05 is stricken.  Cause is continued to May 5, 2005 at 9:00 a.m. for final pretrial and May 16, 2005 at 10:00 a.m. for jury trial. | |
| 3/31/2005 | HCR | ORDER | TLH |
| 3/31/2005 | | NOTICE OF HEARING, LASALLE COUNTY STATE'S ATTY FOR 3-31-05 AT 9:00 AM | |
| | | MOTION FOR DISCOVERY | |
| | | MOTION FOR CONTINUANCE | LAR |
| 4/01/2005 | | NOTICE, DEPUTY RONALD MARCONI FOR 4-5-05 AT 8:30 AM | |
| | | NOTICE, L  KINZER FOR 4-5-05 AT 8:30 AM | |
| | | SUBPOENA ISSUED, L KINZER | |
| | | SUBPOENA ISSUED, R SCHMITT | |
| | | SUBPOENA ISSUED, E BROWN | |
| | | SUBPOENA ISSUED, R FULWIDER | |
| | | SUBPOENA ISSUED, R HOOPER | |
| | | SUBPOENA ISSUED, S PERKINS | LAR |
| 4/04/2005 | | FILE SENT TO IMAGING | LAR |
| 4/05/2005 | | FILE RETURNED FROM IMAGING | MAE |
| | | NOTICE, DEPUTY R MARCONI FOR 5-17-05 AT 8:30 AM | |
| | | NOTICE, L KINZER FOR 5-17-05 AT 8:30 AM | LAR |
| 4/06/2005 | | FILE SENT TO IMAGING | LAR |
| | | FILE PULLED FROM IMAGING | CMK |
| | | SUPPLEMENTAL INFORMATION FURNISHED TO DEFENDANT PURSUANT TO ILLINOIS SUPREME COURT RULE 412 | GKM |
| | | SUBPOENA ISSUED, L. KINZER | GKM |
| | | SUBPOENA ISSUED, R. SCHMITT | GKM |
| | | SUBPOENA ISSUED, E. BROWN | GKM |
| | | SUBPOENA ISSUED, R. FULWIDER | GKM |
| | | SUBPOENA ISSUED, R. HOOPER | GKM |
| | | SUBPOENA ISSEUD, S. PERKINS | GKM |
| | | SUPPLEMENTAL INFORMATION FURNISHED TO DEFENDANT PURSUANT TO ILLINOIS | |

2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
------------------------------------------------------------------------
                                                            CHANGED USER
------------------------------------------------------------------------
ENTERED   JDG CR  TEXT
------------------------------------------------------------------------

| ENTERED | TEXT | CHANGED USER |
|---------|------|--------------|
| | SUPREME COURT RULE 412 | GKM |
| 4/07/2005 | FILE SENT TO IMAGING | GKM |
| | FILE PULLED FROM IMAGING | CMK |
| | SUBPOENA ISSUED, T. BUTLER | GKM |
| | SUBPOENA ISSUED, M. ETSCHEID | GKM |
| | SUBPOENA ISSUED, C. MCLAUGHLIN | GKM |
| | SUBPOENA ISSEUD, C. THOMPSON | GKM |
| | FILE SENT TO IMAGING | GKM |
| 4/11/2005 | FILE RETURNED FROM IMAGING | MAB |
| 4/12/2005 | SUBPOENA RETURNED SERVED, C MCLAUGHLIN | |
| | SUBPOENA RETURNED SERVED, C THOMPSON | LAR |
| | FILE SENT TO IMAGING | LAR |
| 4/15/2005 | FILE RETURNED FROM IMAGING | MAB |
| 4/26/2005 | SUBPOENA RETURNED SERVED, L KINZER | LAR |
| | FILE SENT TO IMAGING | LAR |
| 4/28/2005 | FILE RETURNED FROM IMAGING | MAB |
| 5/04/2005 | SUBPOENA RETURNED SERVED, M. ETSCHEID | GKM |
| 5/05/2005 | MOTION TO BAR AFFIRMATIVE DEFENSE OF NECESSITY | |
| | MOTION TO COMPEL DISCOVERY | |

5/05/2005 HCR MRJ People present by Assistant State's Attorney Greg Sticka.  Defendant
5/05/2005        personally present and represented by Attorney Gary Garretson.  Cause
                 comes on for final pretrial.  The State files motion to bar affirma-
                 tive defense and motion to compel discovery.  Mr. Garretson to notify
                 the State of response to discovery.  With no agreement reached and
                 no motions pending, the Court orders that all dates previously set
                 stand.  Cause is continued to May 16, 2005 at 10:00 a.m. for jury
                 trial.                                                    TLH

5/16/2005 HCR KAR People present by Assistant State's Attorney Greg Sticka.  Defendant
5/16/2005        personally present and represented by Attorney Gary Garretson and
                 Attorney John Hanson who enters his appearance as associate counsel.
                 Cause comes on for jury trial.  Statements by counsel heard.  Mr.
                 Garretson tenders to the State additional discovery.  Oral motion by
                 Mr. Sticka for a continuance.  Argument and objection by Mr.

2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
-----------------------------------------------------------------------------------------------
                                                                         CHANGED USER
ENTERED   JDG CR  TEXT
-----------------------------------------------------------------------------------------------

|            |          | Text | User |
|------------|----------|------|------|
|            |          | Garretson. Motion to continue is granted. Jury trial is stricken | |
|            |          | from trial call on 5/16/05. Cause is continued to July 15, 2005 at | |
|            |          | 9:00 a.m. for final pre-trial with jury trial July 18, 2005 at 10:00 | |
|            |          | a.m. | BMD |
|            |          | SUPPLEMENTAL APPEARANCE, JOHN V. HANSON | BMD |
| 5/16/2005  | HCR      | ORDER | BMD |
| 5/16/2005  |          | NOTICE OF FILING | |
|            |          | NOTICE OF SERVICE | |
|            |          | FIRST AMENDED INFORMATION FURNISHED TO PROSECUTION PURSUANT TO | |
|            |          | ILLINOIS SUPREME COURT RULES 413 AND 415 | LAR |
| 5/17/2005  |          | FILE SENT TO IMAGING | BMD |
|            |          | FILE PULLED FROM IMAGING | CMK |
|            |          | FILE SENT TO IMAGING | LAR |
|            |          | FILE RETURNED FROM IMAGING | AMD |
|            |          | SUBPOENA RETURNED NOT SERVED, R SCHMITT | |
|            |          | SUBPOENA RETURNED NOT SERVED, T BUTLER | |
|            |          | SUBPOENA RETURNED NOT SERVED, R FULWIDER | |
|            |          | SUBPOENA RETURNED NOT SERVED, S PERKINS | |
|            |          | SUBPOENA RETURNED NOT SERVED, E BROWN | |
|            |          | SUBPOENA RETURNED NOT SERVED, R HOOPER | LAR |
|            |          | NOTICE, D R MARCONI FOR 7-19-05 AT 8:30 AM | |
|            |          | NOTICE, M ETSCHEID FOR 7-19-05 AT 8:30 AM | |
|            |          | NOTICE, L KINZER FOR 7-19-05 AT 8:30 AM | LAR |
|            |          | FILE SENT TO IMAGING | LAR |
| 5/20/2005  |          | FILE RETURNED FROM IMAGING | AMD |
| 5/23/2005  |          | SUBPOENA ISSUED, C MCLAUGHLIN | |
|            |          | SUBPOENA ISSUED, C THOMPSON | |
|            |          | SUBPOENA ISSUED, V WASHKOWIAK | |
|            |          | SUBPOENA ISSUED, S PERKINS | |
|            |          | SUBPOENA ISSUED, E BROWN | |
|            |          | SUBPOENA ISSUED, T BUTLER | |
|            |          | SUBPOENA ISSUED, R FULWIDER | |
|            |          | SUBPOENA ISSUED, R HOOPER | |

2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
----------------------------------------------------------------------------------------
                                                                        CHANGED USER
----------------------------------------------------------------------------------------
ENTERED   JDG CR  TEXT
----------------------------------------------------------------------------------------

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---|---|---|---|
| | | SUBPOENA ISSUED, T SCHMITT | LAR |
| 6/02/2005 | | FILE SENT TO IMAGING | LAR |
| 6/03/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 6/13/2005 | | SUBPOENA RETURNED RECEIPT, C THOMPSON | |
| | | SUBPOENA RETURNED RECEIPT, V WASHKOWIAK | LAR |
| | | FILE SENT TO IMAGING | LAR |
| | | FILE PULLED FROM IMAGING | CMK |
| | | SUBPOENA RETURNED SERVED, R FULWIDER | |
| | | SUBPOENA RETURNED SERVED, T BUTLER | |
| | | SUBPOENA RETURNED SERVED, R SCHMITT | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 6/14/2005 | | SUBPOENA RETURNED SERVED, C MCLAUGHLIN | LAR |
| 6/15/2005 | | FILE PULLED FROM IMAGING | CMK |
| | | FILE SENT TO IMAGING | LAR |
| | | FILE RETURNED FROM IMAGING | AMD |

7/15/2005 HCR KAR People present by Assistant State's Attorney Brian Towne.  Defendant

7/15/2005          personally present and represented by Attorney Gary Garretson.  Cause

                   comes on for final pretrial.  Statements by counsel heard.  With

                   no agreement reached and no motions pending, the Court orders that

                   all dates previously set stand.  Cause is continued to July 18, 2005

                   at 10:00 a.m. for jury trial.                              TLH

7/18/2005 HCR      ORDER:  JURY TRIAL ON 8/15/05 AT 10:00 A.M. WITH FINAL PRE-TRIAL

                   8/11/05 AT 9:00 A.M.                                       BMD

| 7/18/2005 | | FILE SENT TO IMAGING | BMD |
| 7/19/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 7/20/2005 | | NOTICE, DEPUTY R MARCONI FOR 8-16-05 AT 8:30 AM | |
| | | NOTICE, L KINZER FOR 8-16-05 AT 8:30 AM | LAR |
| 7/21/2005 | | FILE SENT TO IMAGING | LAR |
| | | SUBPOENA ISSUED, S PERKINS | |
| | | SUBPOENA ISSUED, C THOMPSON | |
| | | SUBPOENA ISSUED, V WASHKOWIAK | |
| | | SUBPOENA ISSUED, R FULWIDER | |
| | | SUBPOENA ISSUED, R HOOPER | |

```
  04/21/2008 11:31 FAX 1 815 434 8299      L.C. CIRCUIT CLRK                    013/023
```
Case 3:08-cv-50033   Document 15-2   Filed 04/24/2008   Page 12 of 22

LAR

4/21/08   PAGE   10

```
2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
-------------------------------------------------------------------------------------------
                                                                     CHANGED USER
-------------------------------------------------------------------------------------------
 ENTERED   JDG CR TEXT
-------------------------------------------------------------------------------------------
                SUBPOENA ISSUED, C MCLAUGHLIN

                SUBPOENA ISSUED, R SCHMITT

                SUBPOENA ISSUED, E BROWN

                SUBPOENA ISSUED, T BUTLER

                SUBPOENA ISSUED, M ETSCHEID

                SUBPOENA ISSUED, L KINZER                          LAR

                FILE SENT TO IMAGING                               LAR

 7/25/2005     FILE RETURNED FROM IMAGING                          MAB

 7/26/2005     SUBPOENA RETURNED SERVED, S PERKINS

                SUBPOENA RETURNED SERVED, E BROWN

                SUBPOENA RETURNED SERVED, R HOOPER                 LAR

                FILE SENT TO IMAGING                               LAR

 7/27/2005     FILE RETURNED FROM IMAGING                          AMD

 8/11/2005 HCR BMB People present by Assistant State's Attorney Greg Sticka.  Defendant

 8/11/2005     personally present and represented by Attorney John Hansen.  Cause

                comes on for final pretrial.  Statements by counsel heard.  With

                no agreement reached and no motions pending, the Court orders that

                all dates previously set stand.  Cause is continued to August 15,

                2005 at 10:00 a.m. for jury trial.                 TLH

                SUBPOENA RETURNED SERVED, V. WASHKOWIAK            GKM

                SUBPOENA RETURNED SERVED, C. THOMPSON             GKM

                SUBPOENA RETURNED SERVED, C. MCLAUGHLIN           GKM

                SUBPOENA RETURNED SERVED, L. KINZER               GKM

 8/12/2005     FILE SENT TO IMAGING                               GKM

                FILE RETURNED FROM IMAGING                        MAB

 8/15/2005 HCR BMB People present by Assistant State's Attorney Greg Sticka.  Defendant

 8/15/2005     personally present and represented by Attorneys Gary Garretson.  Cause

                comes on for jury trial.  At 10:53 a.m. thirty five petit jurors

                enter the Court room.  The Court addresses prospective jurors.  The

                prospective jurors are sworn to qualify.  The Court reads the

                Statement of Facts and List of Witnesses.  Cause proceeds voir dire.

                At 12:05 p.m. the twelve jurors and one alternate sworn to try the

                issues are:  #1 Jennifer L. Bennett, #3 Pamela K. Buettner, #4 Robert
```

2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
------------------------------------------------------------------------------------
                                                                    CHANGED USER
ENTERED    JDG CR   TEXT
------------------------------------------------------------------------------------

|  |  |
|---|---|
| | M. Pfau, #6 Gail D. Janz, #7 Mary P. White, #11 Cheryl M. Heitz, #12 |
| | Jessie Jane Torres, #13 Thomas A. Harbeck, #17 Carol A. Borchelt, |
| | #19 Jennifer M. Witzel, #20 Sonia Darteaga, #21 John G. Centoni and |
| | #25 Mary Ellen Potter (alternate). The Court admonishes the jurors |
| | not to discuss the case. Cause is continued to August 16, 2005 |
| | at 9:00 a.m. for jury trial. |
| | STATEMENTS OF FACTS |
| | LIST OF WITNESSES                                              TLH |
| 8/16/2005 HCR BMB | People present by Assistant State's Attorney Greg Sticka. Defendant |
| | personally present and represented by Attorneys Gary Garretson and |
| | John Hanson. Cause comes on for jury trial. The Court addresses |
| | counsel. Response by Mr. Garretson. Response by Mr. Sticka. Juror |
| | #6 Gail Janz is questioned by the Court. Response by Ms. Janz. |
| | The Court addresses spectators. At 9:10 a.m. jurors enter the |
| | Court room. Opening statements by Mr. Sticka. Opening statements |
| | by Mr. Garretson. The State calls Richard Schmitt to the stand. |
| 8/16/2005 | Oral motion by Mr. Garretson to exclude witnesses. Mr. Sticka joins |
| | in that motion. Mr. Schmitt is sworn and presents testimony. The |
| | witness identifies the defendant in open Court. People's Exhibit |
| | #1 (defendant's right of way agreement) is marked for identification. |
| | People's Group Exhibit #2 (photos) are marked for identification. |
| | People's Group Exhibit #3 (photos) are marked for identification. |
| | People's Group Exhibit #4 (photos) are marked for identification. |
| | People's Exhibit #5 (survey) is marked for identification. People's |
| | Exhibit #6 (itemized costs) is marked for identification. People's |
| | Exhibit #6 is admitted into evidence without objection. At 10:35 a.m. |
| | the Court stands in recess. At 10:50 a.m. Court reconvenes. All |
| | present as prior to recess. The Court advises the Mr. Schmitt that he |
| | is still under oath. Jurors enter Court room. Cross examination by |
| | Mr. Garretson. Defendant's Exhibit #35 (revised plan/survey) is |
| | marked for identification. Defendnant's Exhibit #36 (survey/plan) |
| | is marked for identification. Defendant's Exhibit #14 (photo) is |
| | marked for identification. Defendant's Exhibit #32 (photo) is marked |

```
2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
                                                               CHANGED USER
ENTERED   JDG CR   TEXT
```

for identification. Defendant's Exhibit #1 (photo) is marked for

identification. Defendant's Exhibit #2 (photo) is marked for

identification. Defendant's Exhibit #3 (photo) is marked for

identification. Defendant's Exhibit #4 (photo) is marked for

identification. Defendant's Exhibit #8 (photo) is marked for

identification. Defendant's Exhibit #9 (photo) is marked for

identification. Defendant's Exhibit #10 (photo) is marked for

identification. Defendant's Exhibit #11 (photo) is marked for

identification. Defendant's Exhibit #12 (photo) is marked for

identification. Defendant's Exhibit #13 (photo) is marked for

identification. Defendant's Exhibit #30 (photo) is marked for

identification. Defendant's Exhibit #31 (photo) is marked for

identification. Redirect examination by Mr. Sticka. Recross

examination by Mr. Garretson. Witness excused. At 12:00 p.m. the

Court recess for lunch. At 1:15 p.m. Court reconvenes. All present

as prior to recess. Jurors enter Court room. The State calls

Michael Etscheid to the stand. Mr. Etscheid is sworn and presents

testimony. The parties stipulate to the qualifications of the

witness in engineering. People's Exhibits #7 (plans) and

#8 (modified plans) are marked for identification. Cross

examination by Mr. Garretson. Redirect examination by Mr. Sticka.

Witness excused. The State calls Deputy Ronald Marconi to the

stand. Deputy Marconi is sworn and presents testimony. The

witness identifies the defendant in open Court. Cross examination

by Mr. Garretson. Redirect examination by Mr. Sticka. Witness

excused. The State calls Larry Kinzer to the stand. Mr. Kinzer

is sworn and presents testimony. The parties stipulate to the

qualifications of the witness in engineering. Cross examination by

Mr. Hanson. Witness excused. The State calls Charles Thompson

to the stand. Mr. Thompson is sworn and presents testimony. Cross

examination by Mr. Hanson. Witness excused. At 2:15 p.m. the Court

takes a short recess. At 2:35 p.m. Court reconvenes. All present

as prior to recess. Jurors enter Court room. The State calls

```
2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
-----------------------------------------------------------------------------------
                                                                    CHANGED USER
ENTERED   JDG CR  TEXT                                                       ---------
----------------------------------------------------------------------------------
```

Christopher McLachlin to the stand. Mr. McLachlin is sworn and

presents testimony. Witness excused. The State calls Robert

Fulwider to the stand. Mr. Fulwider is sworn and presents testimony.

Cross examination by Mr. Garretson. Oral motion by Mr. Garretson

to admit Defendant's Exhibits #30 and #31 into evidence. Motion

is granted without objection. Witness excused. The State calls

Earnest Brown to the stand. Mr. Brown is sworn and presents

testimony. Cross examination by Mr. Garretson. Witness excused.

State rests. At 3:05 p.m. the Court takes a brief recess. Oral

motion by Mr. Sticka to admit People's Exhibits #1-#5, #7 and #8 into

evidence. People's #2, #3, #4, #7 and #8 are all admitted without

objection. Objection by Mr. Hanson to People's #1. Arguments by

counsel. People's Exhibit #1 is admitted over objection. Mr.

Garretson withdraws his objection to People's Exhibit #5 and it is

admitted into evidence. Oral motion by Mr. Garretson by for

directed verdict. Arguments by counsel. The Court reserves his

ruling until tomorrow morning, August 17, 2005 at 9:00 a.m. Court

is adjourned for the day.                                        TLH

SUBPOENA RETURNED NOT SERVED, R SCHMITT

SUBPOENA RETURNED NOT SERVED, T BUTLER

SUBPOENA RETURNED NOT SERVED, R FULWIDER

SUBPOENA RETURNED NOT SERVED, M ETSCHEID

SUBPOENA RETURNED NOT SERVED, C MCLAUGHLIN                        LAR

8/17/2005 HCR CMF People present by Assistant State's Attorney Greg Sticka. Defendant

8/17/2005          personally present and represented by Attorneys Gary Garretson and

John Hanson. Cause comes on for continuation of jury trial and ruling

on defendant's motion for directed verdict. Statements by the Court.

Motion for directed verdict is denied. At 9:15 a.m. jurors enter

Court room. Mr. Garretson calls Charles Stanley to the stand. Mr.

Stanley is sworn and presents testimony. Cross examination by Mr.

Sticka. Witness excused. Mr. Garretson calls Susan Perkins to the

stand. Mrs. Perkins is sworn and presents testimony. Defendant's

Exhibits #5-#7 (photos) are marked for identification. Defendant's

2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
-------------------------------------------------------------------------------
                                                                    CHANGED USER
-------------------------------------------------------------------------------
ENTERED   JDG CR   TEXT
-------------------------------------------------------------------------------
                  Exhibits #14-#29 (photos) are marked for identification.  Oral motion

                  by Mr. Garretson to admit Defendant's Exhibits #1-#29 into evidence.

                  Motion is granted without objection.  Defendant's Exhibit #37 (DVD)

                  is marked for identification.  Oral motion by Mr. Garretson to admit

                  Defendant's Exhibit #37 into evidence.  Motion is granted without

                  objection.  Defendant's Exhibit #37 is played for the jury.  At

                  10:55 a.m. the Court takes a recess.  At 11:12 a.m. Court reconvenes.

                  All present as prior.  Jurors enter Court room.  The jurors continue

                  to watch Defendant's Exhibit #37 (DVD) and direct testimony continues

                  with Mrs. Perkins.  At 12:00 p.m. the adjourns for lunch.  At 1:10

                  p.m. Court reconvenes.  All present as prior to recess.  Jurors

                  enter Court room.  Ms. Perkins takes the stand.  The Court advises

                  her that she is still under oath.  Cross examination by Mr. Sticka.

                  Witness excused.  Oral motion by Mr. Garretson to admit Defendant's

                  Exhibit #32 (photo) into evidence.  Motion is granted without

                  objection.  Defendant's Exhibits #35 and #36 are withdrawn on motion

                  of Mr. Garretson.  At 1:25 p.m. Court adjourns for the day.  Cause

                  is continued to August 18, 2005 at 1:00 p.m. for continuation of jury

                  trial.                                                    TLH

8/18/2005 HCR CMF People present by Assistant State's Attorney Greg Sticka.  Defendant

8/18/2005         personally present and represented by Attorneys Gary Garretson and

                  John Hanson.  Cause comes on for continuance of jury trial, proceeds

                  with jury instruction conference.  People's Instructions #1-#9 are

                  all given without objection.  Mr. Garretson objects to People's

                  Instruction #10.  Response by Mr. Sticka.  People's Instruction #10

                  is given over objection.  People's Instruction #11 is given without

                  objection.  Mr. Sticka objects to Defendant's Non-IPI Instructions

                  #2-#9.  Arguments by counsel.  Instructions #2, #3, #4, #6, #7 and

                  #9 are all given over objection.  Instructions #5 and #8 are not

                  given.  People's Instruction #12 is given without objection.  At

                  1:18 p.m. jurors enter the Courtroom.  Closing arguments by Mr.

                  Sticka.  Closing arguments by Mr. Garretson.  Rebuttal by Mr. Sticka.

                  The Couirt instructs the jurors as to the law.  The Court thanks

4/21/08   PAGE   15

2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH            ------------------------------------------------------------------
                                                                    CHANGED USER
------------------------------------------------------------------------------------------
ENTERED   JDG CR  TEXT
------------------------------------------------------------------------------------------

|  |  |  |  |
|---|---|---|---|
| | | and excuses the alternate juror, #25 Mary Ellen Potter. At 2:45 p.m. | |
| | | the jurors retire to the jury room to begin their deliberations. | |
| | | At 4:00 p.m. the Court is in receipt of a question from the jury. | |
| | | The Court prepares and tenders Court Instruction #1 to the jury | |
| | | without objection. At 4:37 p.m. the Court is in receipt of another | |
| | | question from the jury. The Court prepares and tenders Court's | |
| | | Instruction #2 without objection. At 5:15 p.m. the jury returns with | |
| | | the following verdict: We, the jury, find the defendant, Walter K. | |
| | | Perkins, Gruilty of the offense of criminal damage to property in | |
| | | excess of $300.00 signed: Cheryl M. Heitz (foreperson), John Centoni, | |
| | | Carol Borchelt, Gail Janz, Jennifer Witzel, Sonia Darteaga, Mary | |
| | | White, Thomas Harbeck, Jennifer Bennett, Pamela Buettner, Robert Pfau | |
| | | and Jessie J. Torres. Judgment is entered on the finding. The | |
| | | Court orders the preparation of a presentence investigation report | |
| | | to be filed on or before September 26, 2005. Cause is continued to | |
| | | October 6, 2005 at 1:00 p.m. for sentencing hearing. | |
| 8/18/2005 HCR | | ORDER | |
| 8/18/2005 | | SUBPOENA RETURNED NOT SERVED, C THOMPSON | |
| | | SUBPOENA RETURNED NOT SERVED, L KINZER | |
| | | SUBPOENA RETURNED NOT SERVED, V WASHKOWIAK | LAR |
| 8/19/2005 HCR | | ORDER FOR PRESENTENCE REPORT | |
| 8/19/2005 | | FILE SENT TO IMAGING | TLH |
| | | FILE PULLED FROM IMAGING | CMK |
| 8/23/2005 | | FILE SENT TO IMAGING | LAR |
| | | FILE PULLED FROM IMAGING | CMK |
| | | SUBPOENA RETURNED NOT SERVED, S PERKINS | |
| | | SUBPOENA RETURNED NOT SERVED, R HOOPER | |
| | | SUBPOENA RETURNED NOT SERVED, E BROWN | |
| | | PROOF OF SERVICE - P.S.I. | LAR |
| 8/24/2005 | | SUBPOENA ISSUED, R W SCHMITT | |
| | | SUBPOENA ISSUED, R W FULWIDER | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 8/25/2005 | | FILE RETURNED FROM IMAGING | MAB |

LAR

4/21/08   PAGE   16

2004CF000266D 001
PEOPLE
VS.
PERKINS, WALTER KEITH                    GARRETTSON, GARY/HANSON, JOHN
--------------------------------------------------------------------------------
                                                              CHANGED USER
--------------------------------------------------------------------------------
ENTERED   JDG CR   TEXT
--------------------------------------------------------------------------------

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---|---|---|---|
| 8/31/2005 | | SUBPOENA RETURNED NOT SERVED, R W SCHMITT | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 9/06/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 9/26/2005 | | PRESENTENCE INVESTIGATION REPORT | LAR |
| 9/27/2005 | | SUBPOENA ISSUED, R W SCHMITT | |
| | | SUBPOENA ISSUED, R W FULWIDER | |
| | | SUBPOENA RETURNED SERVED, R W FULWIDER | LAR |
| 9/28/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 10/03/2005 | | NOTICE OF FILING, LASALLE COUNTY STATE'S ATTORNEY | |
| | | NOTICE OF HEARING, LASALLE COUNTY STATE'S ATTORNEY FOR 10-6-05 AT 1:00 | |
| | | P.M. | |
| | | MOTION FOR NEW TRIAL | LAR |
| 10/04/2005 | | SUBPOENA NOT SERVED, R W SCHMITT | |
| | | SUBPOENA NOT SERVED, R W FULWIDER | LAR |
| 10/06/2005 | HCR | ORDER: CAUSE CONTINUED UNTIL THE 21 DAY OF NOVEMBER, 2005 AT 9:00 | |
| | | A.M. FOR SENT HRG/POST TRIAL MOTIONS. | |
| 10/06/2005 | | FILE SENT TO IMAGING | TLH |
| 10/07/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 10/11/2005 | | SUBPOENA ISSUED, R SCHMITT | |
| | | SUBPOENA ISSUED, R FULWIDER | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 10/12/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 10/13/2005 | | SUBPOENA RETURNED SERVED, R SCHMITT | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 10/18/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 11/08/2005 | | MOTION FOR CONTINUANCE | |
| | | NOTICE OF FILING, G R GARRETSON FOR 11-21-05 AT 9:00 A.M. | LAR |
| | | FILE SENT TO IMAGING | LAR |
| 11/10/2005 | | FILE RETURNED FROM IMAGING | MAB |
| 11/21/2005 | HCR | ORDER: CAUSE CONTINUED UNTIL THE 19 DAY OF JANUARY, 2006 AT 1:00 P.M. | |
| | | FOR MOTION/SENTENCING. | BMD |
| 11/21/2005 | | FILE SENT TO IMAGING | BMD |
| 11/23/2005 | | FILE RETURNED FROM IMAGING | MAB |

:004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH
---------------------------------------------------------------------------------------
                                                                    CHANGED USER
---------------------------------------------------------------------------------------
ENTERED    JDG CR   TEXT
----------------------------------------------------------------------------------------

| ENTERED | TEXT | CHANGED USER |
|---|---|---|
| 11/29/2005 | SUBPOENA RETURNED NOT SERVED, R FULWIDER | LAR |
| | FILE SENT TO IMAGING | LAR |
| 12/02/2005 | FILE RETURNED FROM IMAGING | LMP |
| 1/18/2006 | SUPPLEMENTAL INFORMATION FURNISHED TO DEFENDANT PURSUANT TO ILLINOIS | |
| | SUPREME COURT RULE 412 | LAR |
| | SUBPOENA RETURNED SERVED, R FULWIDER | |
| | SUBPOENA RETURNED SERVED, R SCHMITT | LAR |

1/19/2006 HCR CMF   People present by Assistant State's Attorney Greg Sticka.  Defendant
1/19/2006           personally present and represented by Attorney Gary Garretson.  Cause
                    comes on for sentencing hearing and defendant's motion for new trial.
                    Arguments by counsel as to motion.  Motion is denied.  The Court
                    is in receipt of a presentence investigation report.  There are no
                    additions, deletions or corrections.  Statements by Mr. Sticka.  The
                    parties stipulate to the amount of some of the restitution figures.
                    As evidence in aggravation Mr. Sticka calls Rick Schmitt to the
                    stand.  Mr. Schmitt is sworn and presents testimony.  People's
                    Group Exhibit C (invoice) is marked for identification.  People's
                    Group Exhibit D (documn    is marked for identification.  People's
                    Exhibit #3 (engineering fee) is marked for identification.
                    People's Group Exhibit F (invoice) is marked for identification.
                    People's Exhibit G (invoice) is marked for identification.  Cross
                    examination by Mr. Garretson.  Witness excused.  Mr. Sticka calls
                    Robert Fulwider to the stand.  Mr. Fulwider is sworn and presents
                    testimony.  Cross examination by Mr. Garretson.  Witness excused.
                    State rests.  Mr. Garretson presents no evidence in mitigation.
                    Arguments in aggravation and recommendation by Mr. Sticka.  Arguments
                    in mitigation and recommendation by Mr. Garretson.  Statements by
                    the defendant on his own behalf.  Statements by the Court.  The
                    defendant is sentenced to one year conditional discharge.  The
                    defendant must submit to DNA sample and pay $200.00 fee.  The
                    defendant is ordered to pay restitution in the amount of $6,180.77.
                    Oral motion by Mr. Garretson to stay restitution.  Motion is denied.
                    The defendant is advised of his right to appeal.  Oral motion by

4/21/08   PAGE    18

:004CF000266D 001
:EOPLE
'S.
ERKINS, WALTER KEITH              GARRETTSON, GARY/HANSON, JOHN
                                                                    ------------------------------------
                                                                    CHANGED USER
------------------------------------------------------------------------------------
ENTERED   JDG CR  TEXT
------------------------------------------------------------------------------------
            Mr. Garretson to prepare notice of appeal.  Motion is granted.  Clerk

            to prepare the appeal and Mr. Garretson will represent him on said

            appeal.  s/s/o

1/19/2006 HCR  ORDER RELEASING DEFENDANT TO CONDITIONAL DISCHARGE

            ORDER REQUIRING DEFENDANT TO SUBMIT SPECIMENS OF BLOOD, SALIVA OR

            TISSUE TO ILLINOIS STATE POLICE

1/19/2006   NOTICE OF APPEAL

            NOTICE TO COURT REPORTER (KALA A. RYAN)

            NOTICE TO COURT REPORTER (PAULA D. WILLIAMS)

            NOTICE TO COURT REPORTER (JULIE A. KOHNKE)

            NOTICE TO COURT REPORTER (MICHELLE R. JANSZ)

            NOTICE TO COURT REPORTER (BETH M. BUTE)

            NOTICE TO COURT REPORTER (CINDY M. FORTH)

            CORRESPONDENCE TO MR. GARRETSON

            BILL FOR PREPARATION OF APPEAL TO MR. GARRETSON

1/20/2006 HCR  SENTENCING ORDER FOLLOWING PLEA OF GUILTY                    TLH

2/02/2006   CORRESPONDENCE FROM THIRD DISTRICT APPELLATE COURT - CURRENT DOCKETING

            ORDER - DUE DATES

2/24/2006   FILE RETURNED FROM IMAGING                              MAB

3/22/2006   CERTIFICATION OF RECORD

            FILE SENT TO IMAGING                                    TLH

3/24/2006   FILE RETURNED FROM IMAGING                              LMP

3/30/2006   CERTIFICATION OF RECORD

            FILE SENT TO IMAGING                                    TLH

4/04/2006   FILE RETURNED FROM IMAGING                              MAB

8/09/2006   CERTIFICATION OF RECORD

            FILE SENT TO IMAGING                                    TLH

8/11/2006   FILE RETURNED FROM IMAGING                              LMP

9/12/2006 HCR  ORDER: CAUSE CONTINUED UNTIL THE 6 DAY OF OCT, 2006 AT 9:00 A.M. FOR

            TTP.

9/12/2006   FILE SENT TO IMAGING                                    TLH

9/15/2006   FILE RETURNED FROM IMAGING                              MAB

10/06/2006 HCR KAR People present by Assistant State's Attorney Greg Sticka.  Defendant

2004CF000266D 001
PEOPLE
VS.                                    GARRETTSON, GARY/HANSON, JOHN
PERKINS, WALTER KEITH -----------------------------------------------------------------
                                                                      CHANGED USER
------------------------------------------------------------------------------------
ENTERED   JDG CR  TEXT
------------------------------------------------------------------------------------
10/06/2006         personally present and not represented.  Cause comes on for payment.

                   Statements by Mr. Sticka.  Statements by the defendant.  The Court

                   addresses the defendant.  Cause is continued to October 20, 2006 at

                   9:00 a.m. for payment.  Statements by the defendant.  Response by

                   the Court.

10/06/2006 HCR     ORDER
10/06/2006         FILE SENT TO IMAGING                                      TLH
10/13/2006         FILE RETURNED FROM IMAGING                                MAB
10/20/2006 HCR     ORDER:  CAUSE CONTINUED UNTIL THE 3 DAY OF NOVEMBER, 2006 AT 9:00 A.M.

                   FOR TIME TO PAY.  O PAID.                                 DLM

11/03/2006 HCR     ORDER:  CAUSE CONTINUED UNTIL THE 1 DAY OF DEC., 2006 AT 9:00 A.M. FOR

                   TTP.  0 PD.                                               TLH

11/03/2006         FILE SENT TO IMAGING                                      MAB
11/07/2006         FILE RETURNED FROM IMAGING
12/04/2006 HCR     ORDER:  CAUSE CONTINUED UNTIL THE 18 DAY OF DECEMBER, 2006 AT 9:00 A.M

                   FOR TIME TO PAY.  O PAID.                                 DLM

12/18/2006 HCR     ORDER:  CAUSE CONTINUED UNTIL THE 2 DAY OF JANUARY, 2007 AT 9:00 A.M..

                   FOR TIME TO PAY.  O PAID.                                 DLM

                   ORDER:  CAUSE CONTINUED UNTIL THE 2 DAY OF JANUARY, 2007 AT 9:00 A.M.

                   FOR TIME TO PAY.  O PAID.                                 DLM

 1/02/2007 HCR     ORDER:  CAUSE CONTINUED UNTIL THE 19 DAY OF JAN, 2007 AT 9:00 A.M.

                   FOR TTP.  0 PD.                                           BMD

 1/19/2007 HCR     ORDER:  CAUSE CONTINUED TO THE 9 DAY OF FEB, 2007 AT 9:00 A.M. FOR

                   TTP.  0 PD.                                               TLH

 1/19/2007         FILE SENT TO IMAGING                                      MAB
 1/26/2007         FILE RETURNED FROM IMAGING
 2/09/2007 HCR KAR People present by Assistant State's Attorney, Gregory C. Sticka.

                   Defendant present pro se.  Case comes on for Time to Pay.  Statements

                   heard.  Case is continued to 03/14/07 at 9:00 a.m. for Time to Pay.

                   Defendant paid zero.                                      SML

 2/14/2007         FILE SENT TO IMAGING                                      SML
 2/16/2007         FILE RETURNED FROM IMAGING                                MAB
 3/14/2007 HCR JAK People present by Assistant State's Attorney Greg Sticka.  Defendant

4/21/08   PAGE   20


004CF000266D 001
EOPLE
S.
ERKINS, WALTER KEITH                    GARRETTSON, GARY/HANSON, JOHN    ---------------------------------
                                                                        CHANGED USER
---------------------------------------------------------------------------------------------------------
ENTERED   JDG CR  TEXT
---------------------------------------------------------------------------------------------------------
3/14/2007         personally present and not represented.  Cause comes on for payment.

                  Statements by Mr. Sticka.  The defendant requests additional time for

                  medical purposes.  Response by the Court.  Cause is continued to

                  May 8, 2007 at 9:00 a.m. for payment.  0 paid.
                                                                                    TLH
3/14/2007 HCR     ORDER

5/08/2007 CMR     ORDER:  CAUSE CONTINUED UNTIL THE 15 DAY OF MAY, 2007 AT 9:00 A.M.

                  FOR TTP.  STATE TO FILE PTR/ O PAID.                               JAE
                                                                                    AJL
5/09/2007         RETURNED FROM IMAGING
                                                                                    TEF
5/16/2007         Time to pay set for  7/24/2007 at 09:00 in courtroom A.
                                                                                    KAD
5/22/2007         A NOTICE OF ISSUANCE OF MANDATE
                                                                                    KAD
                  MANDATE - THIRD DISTRICT APPELLATE COURT - AFFIRMED
                                                                                    KAD
5/23/2007         FILE SENT TO IMAGING
                                                                                    MAB
5/29/2007         FILE RETURNED FROM IMAGING
                                                                                    LIG
7/24/2007         Time to pay set for 10/02/2007 at 09:00 in courtroom A.

8/23/2007         RECORD RECEIPT OF THE THIRD DISTRICT APPELLATE COURT - ONE VOLUME OF

                  COMMON LAW RECORD, 3 VOLUMES OF REPORT OF PROCEEDINGS AND 5 MANILA

                  EXHIBIT ENVELOPES RETURNED.                                       SML
                                                                                    MAB
8/31/2007         FILE RETURNED FROM IMAGING
                                                                                    SML
10/02/2007        Time to pay set for 12/11/2007 at 09:00 in courtroom A.
                                                                                    TLJ
12/11/2007        Time to pay set for  2/19/2008 at 09:00 in courtroom A.
                                                                                    KAD
2/20/2008         Time to pay set for  4/29/2008 at 09:00 in courtroom A.