IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER K. PERKINS, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 50033 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. SCHMITT, *et al.* | ) | Judge Charles P. Kocoras |
| | ) | Presiding Judge |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Susan P. Perkins                     Walter Keith Perkins
     2591 E. 2350th Rd.                   2591 E. 2350th Rd.
     Marseilles, IL 61341                 Marseilles, IL 61341

PLEASE TAKE NOTICE that at 9:30 a.m. on April 29, 2008, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles P. Kocoras, or whomever may be sitting in his stead, in Room 1725 of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT HOWARD C. RYAN'S MOTION TO DISMISS PURSUANT TO 12(b)(1) and (6) AND SUPPORTING MEMORANDUM,** a copy of which is herewith served upon you.

LISA MADIGAN                                s/Ronald A. Rascia
Attorney General of Illinois                RONALD A. RASCIA
                                            MARK W. BINA
                                            Assistant Attorneys General
                                            General Law Bureau
                                            100 W. Randolph St., 13th Floor
                                            Chicago, Illinois  60601
                                            (312) 814-3000

## CERTIFICATE OF SERVICE

The undersigned attorney deposes and states that a copy of the foregoing was served upon the above named, at the above address, by depositing same in the U.S. Mail at 100 W. Randolph St., Chicago, Illinois 60601with proper postage prepaid and/or by e-mailing same via CM/ECF Filing at his/her e-mail address on file on the 24th day of April, 2008.

                                            s/Ronald A. Rascia