# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50033 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Perkins et al vs. Schmitt et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/29/2008. Defendant, the Honorable Howard C. Ryan, Jr.'s motion [15] to dismiss him as a defendant with prejudice is granted. So ordered. There being no just reason for delay, final judgment of dismissal with prejudice of defendant Howard C. Ryan, Jr. is hereby entered. For the reasons stated in open court, plaintiffs' complaint is dismissed with leave to file an amended complaint on or before 5/29/2008. All other pending motions are moot. Status hearing set for 6/12/2008 at 9:30 a.m.

Docketing to mail notices.
*Mail AO 450 form.

00:20

| | Courtroom Deputy Initials: | SCT |
|---|---|---|