# United States District Court
## Northern District of Illinois
### Eastern Division

Walter K. Perkins et al

v.

Richard W. Schmitt et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 50033

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant Howard C. Ryan, Jr. is dismissed from this case with prejudice.  Plaintiff take nothing from defendant Howard C. Ryan, Jr.  There being no just reason for delay, final judgment of dismissal with prejudice of defendant Howard C. Ryan, Jr. is hereby entered.

Michael W. Dobbins, Clerk of Court

Date:  4/29/2008

/s/ Stephen C. Tokoph, Deputy Clerk