AO 440 (Rev. 10/93) Summons in a Civil Action

M HW

# United States District Court

_____ DISTRICT OF _____

Keith & Susan Perkins

V.

Gary R. Garretson

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 50 0 33

08cv50033

FILED
MAY 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: (Name and address of defendant)

Gary R. Garretson
1802 Division St. Suite 201
Morris, Ill. 60450

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith & Susan Perkins
2541 E 2350th. Rd.
Marseilles, Ill.
61341

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
CLERK

(BY) DEPUTY CLERK

DATE 3/7/08

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 4/7/08 |
| NAME OF SERVER (PRINT) Joseph R Elens | TITLE Sgt |

Check one box below to indicate appropriate method of service:

[x] Served personally upon the defendant. Place where served: Grundy Co Court house

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/08
           Date

Signature of Server

Address of Server: 111 E Illinois Ave Morris Il 60450

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GRUNDY CO S.O.

DOCKET NUMBER: 08-0522
CASE NUMBER: 08C50033
DIE DATE: 04/24/08
PERSONAL SERVICE ONLY: YES

PERSON TO SERVE: GARRETSON, GARY
RESIDENCE OR BUSINESS ADDRESS: 1802 DIVISION ST.
MORRIS, IL 60450

E: KEITH * SUSAN PERKINS

RECORD OF CIVIL PROCESS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TYPE OF DOCUMENT: SUMMONS & COMPLAINT

21

FILED
4-29-2008
APR 29 2008

SERVICE FEE: 25
PAID BY: CHECK/CASH   DATE: 4/14/08

COPY MAILED:   DATE:

DATES AND TIMES OF ATTEMPTED SERVICES:

1) DATE:_____ TIME:_____ DEPUTY:_____ #____
2) DATE:_____ TIME:_____ DEPUTY:_____ #____
3) DATE:_____ TIME:_____ DEPUTY:_____ #____
4) DATE:_____ TIME:_____ DEPUTY:_____ #____
5) DATE:_____ TIME:_____ DEPUTY:_____ #____

NOTIFICATION CARD LEFT: ___YES ___NO   DATE:_____ TIME:_____

SERVICE INFORMATION:
PERSON SERVED: 1) Gary Garretson
SIGNATURE: Gary R Garretson
DATE OF BIRTH: 4/21/52

2) _____
SIGNATURE
DATE OF BIRTH: _____

3) _____
SIGNATURE
DATE OF BIRTH: _____

MALE X  FEMALE ___  RACE: WHITE X  BLACK ___  HISPANIC ___  OTHER ___  MILEAGE ____

RELATIONSHIP TO DEFENDANT: SELF X  SPOUSE ___  MEMBER OF FAMILY ___  EXPLAIN:_____

ADDRESS SERVED: 111 E Washington St  Morris IL
DESCRIPTION OF BLDG OR HOUSE: Grundy Co Courthouse   DATE SERVED: 4/2/08
                                                                     85
TIME: 901   DEPUTY SIGNATURE: _____
ATTY: PO-8-Keith Perkins   DATE RETURNED: 4-7-08   COURT FILE_____

CHECK RETURNED TO ATTY: YES___ NO___   AMOUNT:_____   CHECK NO:_____