MHW

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Keith & Susan Perkins

v.

John Hanson

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 C 50033

08cv50033

F I L E D

MAY 0 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: (Name and address of defendant)

John Hanson
1802 Division St.
Morris, Ill. 60450

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith & Susan Perkins
2591 E 2350 Th. Rd.
Marseilles, Ill
61341

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
CLERK

(BY) DEPUTY CLERK

DATE 3/7/08

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 04-07-08 |
| NAME OF SERVER (PRINT) Tim J Robowski | TITLE DEPUTY |

*Check one box below to indicate appropriate method of service:*

☒ Served personally upon the defendant. Place where served: 1802 DIVISION ST MORRIS IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  04-07-08
              Date

Signature of Server: Tim J Robowski

Address of Server: 111 E ILL AVE MORRIS IL

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

795-5059

**FILED**
4-29-2008

GRUNDY CO S.O.

RECORD OF CIVIL PROCESS   APR 2 9 2008

SERVICE FEE: 58
PAID BY: CHECK/CASH   4/4/08
BILLED_____ DATE:

DOCKET NUMBER: 08-0521
CASE NUMBER: 08C50033
DIE DATE: 04/24/08
PERSONAL SERVICE ONLY: YES

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
TYPE OF DOCUMENT: SUMMONS & COMPLAINT

PERSON TO SERVE: HANSON, JOHN
RESIDENCE OR BUSINESS ADDRESS: 1802 DIVISION ST.
MORRIS, IL 60450

3-1

RE: KEITH * SUSAN PERKINS

COPY MAILED:   DATE:

DATES AND TIMES OF ATTEMPTED SERVICES:

1) DATE:_____ TIME:_____ DEPUTY:_____ #_____
2) DATE:_____ TIME:_____ DEPUTY:_____ #_____
3) DATE:_____ TIME:_____ DEPUTY:_____ #_____
4) DATE:_____ TIME:_____ DEPUTY:_____ #_____
5) DATE:_____ TIME:_____ DEPUTY:_____ #_____

NOTIFICATION CARD LEFT: ___YES ___NO   DATE:_____ TIME:_____

SERVICE INFORMATION:
PERSON SERVED: 1) John V. Hanson   DATE OF BIRTH: 10-23-44
SIGNATURE: John Hanson

2) _____   DATE OF BIRTH: _____
SIGNATURE

3) _____   DATE OF BIRTH: _____
SIGNATURE

MALE X   FEMALE___   RACE: WHITE X   BLACK___ HISPANIC___ OTHER___ MILEAGE___

RELATIONSHIP TO DEFENDANT: SELF X   SPOUSE___ MEMBER OF FAMILY___ EXPLAIN:_____

ADDRESS SERVED: SAME

DESCRIPTION OF BLDG OR HOUSE:_____   DATE SERVED: 04-07-08

TIME: 0803   DEPUTY-SIGNATURE: Tim Bobowski #695

ATTY: Pro-se Keith Perkins   DATE RETURNED: 4-7-08   COURT FILE_____

CHECK RETURNED TO ATTY: YES___ NO___   AMOUNT:_____ CHECK NO:_____