12304-TJL                                                                    F:\Tjl\12304\pldgs\notfil051508

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WALTER KEITH PERKINS and SUSAN P.
PERKINS,

                    Plaintiffs,

vs.

RICHARD W. SCHMITT, a/k/a RICHARD         No. 08C050033
SCHMIDT, ROBERT FULWIDER, RANDY
HOOPER, RONALD MARCONI, ERNEST            Honorable Charles P. Kocoras
BROWN, GREG STICKE, THOMAS
TEMPLETON, JOSEPH HETTEL, DONALD
CAMPS, DANIEL SCHMIDT, MARY McDADE,
CHRIS RYAN, GARY GARRETSON, JOHN
HANSON and TOM LYTTON,

                    Defendants.

# NOTICE OF FILING

TO:    See attached Service List.

       PLEASE TAKE NOTICE that on the **16th** day of **May, 2008,** we filed with the Clerk of
the of the United States District Court for the Northern District of Illinois, Eastern Division, at
219 South Dearborn Street, Chicago, Illinois, the following:

Appearance of Thomas J. Long on behalf of Defendant, GARY GARRETSON

a copy of which is attached hereto and hereby served upon you.

                        BY:    s/ Thomas J. Long
                          **NORTON, MANCINI & WEILER**
                          109 North Hale Street, P.O. Box 846
                          Wheaton, IL  60189-0846, (630) 668-9440
                                    #06185763

## CERTIFICATE OF SERVICE

       The undersigned states that she served the above and foregoing Notice by electronic
mailing a true and correct copy thereof to counsel of record on the **16th** day of **May, 2008.**

                      s/ Sheila K. Jacobsen

13204-TJL              **PERKINS v. SCHMITT, et al.**              08 C 050033

# SERVICE LIST

**¶ pro se**
Walter K. and Susan P. Perkins
2591 East 23 50th Road
Marseilles, IL 61341
(815) 795-5059

**Atty. for Marconi, Sticke, Templeton, Hettel, Lamps**
George DiCianni
Ancel Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
tdicianni@ancelglink.com

**Addnl, Atty. for Marconi, Sticke, Templeton, Hettel, Lamps**
Lucy B. Bednarek
Ancel Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
lbednarek@ancelglink.com

**Atty. for Hanson**
John J. Duffy
Donohue, Brown, Matthewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603
(312) 422-0900
john.duffy@dmbslaw.com