U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Walter and Susan Perkins

v.

Robert Fulwider, et. al.

Case Number: 3:08-cv-50033

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Robert Fulwider

| | |
|---|---|
| NAME (Type or print) Troy A. Lundquist | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ Troy A. Lundquist | |
| FIRM  Langhenry, Gillen, Lundquist & Johnson, LLC | |
| STREET ADDRESS  18 W. Cass Street, Suite 500 | |
| CITY/STATE/ZIP  Joliet, IL 60432 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  062111190 | TELEPHONE NUMBER  815/726-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |