08664/mtn.4enlargement

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS, <br><br>          Plaintiffs, <br>    v. <br><br> ROBERT W. FULWIDER, <br><br>          Defendant. | Case No. 08 C 50033 |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, ROBERT W. FULWIDER, by and through his attorneys, LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC and for his Motion for Enlargement of Time to respond to Plaintiffs' Complaint, states as follows:

1. ROBERT W. FULWIDER was served with Plaintiffs' Complaint on May 14, 2008. The Summons indicated that Defendant, ROBERT W. FULWIDER, has twenty (20) days in which to file an Answer to the Complaint. Counsel for Defendant received notice of the lawsuit and corresponding paperwork on Friday, May 23, 2008, and Monday, May 26, 2008, was a holiday.

2. Plaintiff has filed a single count Complaint purports to sound in negligence, trespass, as well as various alleged constitutional issues. Neither party will be prejudiced by enlarging the deadline for ROBERT W. FULWIDER to file his responsive pleading.

3. Accordingly, ROBERT FULWIDER moves this Court for an enlargement of time of twenty-eight days to and including July 1, 2008, within which to file a responsive pleading.

WHEREFORE, hereby request that the Court enter an Order that enlarges ROBERT FULWIDER time to respond to Plaintiffs' Complaint to July 1, 2008.

Respectfully Submitted,

\_\_\_\_/s/ Troy A. Lundquist_____

Attorney for Defendant:
ROBERT W. FULWIDER
Troy A. Lundquist
Langhenry, Gillen,
Lundquist & Johnson, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
Phone: 815/726-3600
Fax: 815/726-3676

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that I caused to be served the foregoing Agreed Motion for Enlargement of Time, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 2nd day of June of 2008.

\_\_\_/s/ Troy A. Lundquist _____

Mr. Troy A. Lundquist
Langhenry Gillen, Lundquist
& Johnson, LLC
18 W. Cass St., Suite 500
Joliet, Illinois 60432
815/726-3600