08664/nof.0602

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

WALTER KEITH PERKINS and )
SUSAN P. PERKINS, )
)
)
　　　　　Plaintiffs, )
　　v. ) Case No. 08 C 50033
)
ROBERT W. FULWIDER, )
)
　　　　　Defendant. )

### NOTICE OF FILING

TO:　See Service List

　　PLEASE BE ADVISED that on June 2, 2008, Defendant, ROBERT W. FULWIDER, filed with the Clerk of the Northern District of Illinois, Eastern Division, the attached **Appearance and Motion for Enlargement of Time.**

　　　　　　　　　　　　　　　　　ROBERT W. FULWIDER, Defendant


　　　　　　　　　　　　　　　　　By:__/s/__Troy_Lundquist_____
　　　　　　　　　　　　　　　　　　　One of His Attorneys

LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
(815) 726-3600

### CERTIFICATE OF SERVICE

　　I, the undersigned, an attorney, state that I caused to be served the foregoing Agreed Motion for Enlargement of Time, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 2nd day of June of 2008.

　　　　　　　　　　　　　　　　　__/s/ Troy A. Lundquist_____

　　　　　　　　　　　　　　　　　Mr. Troy A. Lundquist
　　　　　　　　　　　　　　　　　Langhenry Gillen, Lundquist & Johnson, LLC
　　　　　　　　　　　　　　　　　18 W. Cass St., Suite 500
　　　　　　　　　　　　　　　　　Joliet, Illinois 60432
　　　　　　　　　　　　　　　　　815/726-3600