*08664//service.list*
*Perkins v. Fulwider*

# SERVICE LIST

*Plaintiffs, Pro Se*:
Walter and Susan Perkins
2591 E. 2350th Road
Marseilles, IL 61341
Ph: 815/795-5059

*Attorneys for Defendants, Ronald Marconi, Greg Sticke, Thomas Templeton, Joseph Hettel, Donald Lamps*:
Mr. Thomas G. DiCianni
Ms. Lucy B. Bednarek
Ancel, Glink, Diamond, Bush, DiCianni
& Krafthefer, P.C.
140 S. Dearborn St., 6th Floor
Chicago, IL 60603
Ph: 312/782-7606

*Attorneys for Defendant, Chris Ryan (Howard C. Ryan, Jr.)*:
Mr. Ronald A. Rascia
Mr. Mark W. Bina
Illinois Attorney General's Office
100 W. Randolph St., 13th Flr.
Chicago, IL 60601
Ph: 312/814-3313

*Attorneys for Defendant, Gary Garretson:*
Mr. Thomas J. Long
Norton, Mancini, Weiler & DeAno
109 N. Hale Street
Wheaton, IL 60187
Ph: 630/668-9440

*Attorneys for Defendant, John Hanson*:
Mr. John J. Duffy
Donohue, Brown, Mathewson & Smyth LLC
140 S. Dearborn, Suite 800
Chicago, IL 60603
Ph: 312/422-0900