# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Western Division

Walter Keith Perkins, et al.
                    Plaintiff,

v.                                              Case No.: 3:08−cv−50033
                                                Honorable Charles P. Kocoras

Richard W. Schmitt, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 6/12/2008. Plaintiffs are given leave to file their amended complaint instanter. Order cause reinstated. Defendants are given to 7/10/2008 to answer or otherwise plead. All other pending motions [27] are moot. Case reopened. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.