UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Keith Perkins
Susan Perkins
Name of plaintiffs

v.

Schmitt, Fulwider
Hooper, Brown, Sticka
Hettel, Marconi, Templeton
Lamps, Garretson,
Hanson
defendants

CIVIL ACTION

No. 08 C 50033

FILED
JUN 1 2 2008  TC
6-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AMENDED COMPLAINT

Cause of Action
Title 18, U.S.C., Section 241 Conspiracy Against Rights
Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law
Title 18, U.S.C., Section 245 Federally Protected Activities
Title 42, U.S.C., Section 3631 Criminal Interference with Right to Fair Housing
Title 42, U.S.C., Section 14141 Pattern and Practice
Under Title 42, U.S.C., Section 1997
False arrest and fabrication of evidence

*[signature]*
Susan Perkins