U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 50033
Walter Keith Perkins and Susan P. Perkins,
Plaintiffs
v.
Richard W. Schmitt, et al.,
Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John Hanson

| NAME (Type or print) |
| --- |
| Bryan J. Kirsch |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Bryan J. Kirsch |

| FIRM |
| --- |
| Donohue Brown Mathewson & Smyth LLC |

| STREET ADDRESS |
| --- |
| 140 South Dearborn, Suite 800 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois, 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6277793 | (312) 422-4905 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

080239.13

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Walter Keith Perkins and Susan P. Perkins, <br><br>   Plaintiffs, <br><br> v. <br><br> Richard W. Schmitt, a/k/a Richard Schmidt, Robert Fulwider, Randy Hooper, Ronald Marconi, Ernest Brown, Greg Sticke, Thomas Templeton, Joseph Hettel Donald Lamps, Daniel Schmidt, Mary McDade, Chris Ryan (Howard C. Ryan, Jr.), Gary Garretson, John Hanson and Tom Lytton, <br><br>   Defendants. | No.  08 C 50033 <br><br> Honorable Charles P. Kocoras |

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I caused to be electronically filed the Appearance of Bryan J. Kirsch on behalf of Defendant John Hanson, with the Clerk of Court using the CM/ECF System that will send notification of such filing(s) to the following:

| | |
|---|---|
| Lucy B. Bednarek | lbednarek@ancelglink.com, cdonovan@ancelglink.com |
| Mark Bina | mbina@atg.state.il.us |
| Thomas DiCianni | tdicianni@ancelglink.com, smonroe@ancelglink.com |
| John Duffy | john.duffy@dbmslaw.com, silva@dbmslaw.com |
| Joshua Feagans | jfeagans@lglfirm.com |
| Thomas Long | sjacobsen@nortonmancini.com |
| Troy Lundquist | tlundquist@lglfirm.com |
| Ronald Rascia | rrascia@atg.state.il.us |

Notice has been delivered by other means (via First Class Mail) to:

Susan P. Perkins
Walter K. Perkins
2591 E. 2350th Road
Marseilles, IL.  61341

/s/ Bryan J. Kirsch
Bryan J. Kirsch – ARDC No. 6277793
Donohue Brown Mathewson & Smyth LLC
140 South Dearborn Street, Suite 800
Chicago, Illinois, 60603
E-mail: bryan.kirsch@dbmslaw.com
Phone: (312) 422-0900 / Fax: (312) 422-0909
Attorney for John Hanson