# United States District Court

_____ DISTRICT OF _____

Keith & Susan Perkins

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 08 C 5 0 0 3 3

Donald J. Lamps

FILED

JUN 23 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: (Name and address of defendant)

Donald J. Lamps
707 E Etna Rd.
Ottawa Ill 61350

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith & Susan Perkins
254 E 2350Th. Rd.
Marseilles, Ill.
61341

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

CLERK

(BY) DEPUTY CLERK

3/7/08

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4-16-2008 |
| NAME OF SERVER (PRINT) R. CARMEAN | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 707 Etna Rd. Ottawa Il Treasurer's Office.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25.00 | TOTAL 25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-16-2008
            Date

Signature of Server: Cpl. R. Carmean

Address of Server: Sheriff Office

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.