# United States District Court

_____ DISTRICT OF _____

Keith & Susan P. Perkins

V.

Joseph P. Hettel

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 5 0 0 3 3

F I L E D

JUN 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: (Name and address of defendant)

Joseph P. Hettel
707 E Etna Rd.
Ottawa, IL, 61350

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith & Susan Perkins
2591 E 2350 Th Rd,
Marseilles, Ill,
61341

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
CLERK

(BY) DEPUTY CLERK

DATE: 3/7/08

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4-2-08 |
| NAME OF SERVER (PRINT) Deputy Carmean | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Joe Hettel Downtown Ct House Ottawa, IL

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 25.00 | 1.00 | 26.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-2-2008
Date

Signature of Server: Cpl. Q Carmean

Address of Server: 707 Etna Rd. Ottawa Il.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.