# United States District Court

_____ DISTRICT OF _____

Keith & Susan Perkins

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 08 C 50033

Greg C. Sticke

TO: (Name and address of defendant)

Greg C. Sticke
707 E Etna Rd.
Ottawa 61350 IL.

FILED

JUN 23 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Susan & Keith Perkins
2591 E 23 50Th. Rd.
Marseilles IL.
61341

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
CLERK

(BY) DEPUTY CLERK

DATE  3/7/08

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 4-16-2008 |
| NAME OF SERVER (PRINT) R. CARMEAN | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 707 ETNA RD, OTTAWA IL STATES ATTY OFFICE.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 25.00 | TOTAL 25.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-16-08
Date

Signature of Server: Cpl. R. Carmean

Address of Server: Sheriff's Office

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.