# United States District Court

_____ DISTRICT OF _____

Walter Keith Perkins
Susan P. Perkins

V.

Robert W. Fulwider

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 50033

TO: (Name and address of defendant)

Robert W. Fulwider
26 Oak Brk Dr.
Ottawa 61350

**FILED**

JUN 2 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith & Susan Perkins
2591 E 2350 Th. Rd.
Marseilles Ill.
61341

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

CLERK

(signature)

DEPUTY CLERK

DATE  3/7/08

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5-14-2008 |
| NAME OF SERVER (PRINT) Joshua W Perkins | TITLE Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Fall River Township Hall

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[X] Returned unexecuted: Attempted No Contact

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 5.00 + 30.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-14-2008
Date

Signature of Server

2162 E US Rt 6 Marseilles, IL 61341
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.