12304-TJL                                                                                                F:\Tjl\12304\pldgs\mtd061808.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>RICHARD W. SCHMITT, a/k/a RICHARD SCHMIDT, ROBERT FULWIDER, RANDY HOOPER, RONALD MARCONI, ERNEST BROWN, GREG STICKE, THOMAS TEMPLETON, JOSEPH HETTEL, DONALD CAMPS, DANIEL SCHMIDT, MARY McDADE, CHRIS RYAN, GARY GARRETSON, JOHN HANSON and TOM LYTTON,<br><br>　　　　　　　　　Defendants. | No. 08C050033<br><br>Honorable Charles P. Kocoras |

## MOTION TO DISMISS

NOW COMES the Defendant, GARY GARRETSON, by and through his attorneys in this regard, NORTON, MANCINI & WEILER, and, pursuant to Federal Rules of Civil Procedure 8 and 12(b), moves this Honorable Court for the entry of an Order dismissing the Plaintiffs' Amended Complaint.

In support thereof, this Defendant states as follows:

1.    Rule 8 of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> **(a) Claims for Relief.** A pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction

depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded.

2. While federal notice-pleading allows a liberal reading of a complaint, in order to avoid dismissal, the complaint must set forth facts which sufficiently outline the basis of the claim. *Chaveriat v. William Pipe Line Co.,* 11 F.3d 1420, 1430 (7th Cir, 1993). Further, even if the Plaintiffs clearly identify what their claims are, their pleading must be dismissed if it does not set forth the grounds on which the claims are based, even under the notice-pleading requirements of Rule 8(a). *McTigue v. City of Chicago*, 60 F.3d 381, 382 (7th Cir. 1995).

3. While the Plaintiffs identify by name and statute claims which they purport to assert in their Amended Complaint, that one-page pleading does not contain a single fact in support of those claims. As such, the Amended Complaint is wholly insufficient at law and should be dismissed.

WHEREFORE, for the foregoing reasons, the Defendant, GARY GARRETSON, respectfully requests that this Honorable Court enter an Order dismissing the Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

    Respectfully submitted,

    NORTON, MANCINI & WEILER

    s/Thomas J. Long
    Attorney for Defendant GARY GARRETSON

NORTON, MANCINI & WEILER
109 North Hale, P.O. Box 846
Wheaton, IL 60189-0846
(630) 668-9440, #06185763

**CERTIFICATE OF SERVICE**

    The undersigned, being first duly sworn, deposes and states that the foregoing Motion to Dismiss was served upon the above-named attorneys, by mailing true and correct copies of same this **25th** day of **June, 2008,** by depositing them in the United States Mail at Wheaton, Illinois, postage prepaid, addressed as above shown.

                                                                  s/Thomas J. Long

NORTON, MANCINI & WEILER  
109 North Hale  
P.O. Box 846  
Wheaton, IL 60189-0846  
(630) 668-9440  
#06185763

F:\Tjl\12304\pldgs\mtd061808.wpd