12304-TJL                                                                                         F:\Tjl\12304\pldgs\notmot062408.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS, | |
| Plaintiffs, | |
| vs. | |
| RICHARD W. SCHMITT, a/k/a RICHARD SCHMIDT, ROBERT FULWIDER, RANDY HOOPER, RONALD MARCONI, ERNEST BROWN, GREG STICKE, THOMAS TEMPLETON, JOSEPH HETTEL, DONALD CAMPS, DANIEL SCHMIDT, MARY McDADE, CHRIS RYAN, GARY GARRETSON, JOHN HANSON and TOM LYTTON, | No. 08C050033<br><br>Honorable Charles P. Kocoras |
| Defendants. | |

# NOTICE OF MOTION

TO:    See attached Service List.

   PLEASE TAKE NOTICE that on the **1st** day of **July, 2008,** at **9:30 a.m.,** the undersigned shall appear before the **Honorable Charles P. Kocoras,** Judge of the U.S. District Court, in **Courtroom 1725,** U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court as follows:

present Motion to Dismiss on behalf of Defendant, GARY GARRETSON

at which time and place you may appear as you see fit to do so.
DATED at Wheaton, Illinois this 25th day of June, 2008.

                    BY:  s/Thomas J. Long
                       NORTON, MANCINI & WEILER
                       109 N. Hale St., P.O. Box 846
                       Wheaton, IL  60189-0846, (630) 668-9440
                       Attorneys for Defendant, GARY GARRETSON

_____
## CERTIFICATE OF SERVICE

   The undersigned states that she served the above and foregoing Notice by electronic mailing a true and correct copy thereof to counsel of record on the **25th** day of **June, 2008.**

                    s/ Sheila K. Jacobsen

13204-TJL                    **PERKINS v. SCHMITT, et al.**                    08 C 050033

# SERVICE LIST

**¶ pro se**
Walter K. and Susan P. Perkins
2591 East 23 50th Road
Marseilles, IL 61341
(815) 795-5059

**Atty. for Marconi, Sticke, Templeton, Hettel, Lamps**
George DiCianni
Ancel Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
tdicianni@ancelglink.com

**Addnl, Atty. for Marconi, Sticke, Templeton, Hettel, Lamps**
Lucy B. Bednarek
Ancel Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
lbednarek@ancelglink.com

**Atty. for Hanson**
John J. Duffy
Donohue, Brown, Matthewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603
(312) 422-0900
john.duffy@dmbslaw.com

**Addnl. Atty. for Hanson**
Bryan J. Kirsch
Donohue Brown Matthewson & Smyth, LLC
140 South Dearborn
Suite 800
Chicago, IL 60603
(312) 422-0900
(312) 422-0909--FAX
bryan.kirsch@dbmslaw.com

**Atty. for Fulwider**
Troy A. Lundquist
Langhenry Gillen Lundquist & Johnson, LLC
18 West Cass Street
Suite 500
Joliet, IL 60432
(815) 726-3600
(815) 726-3676
tlundquist@lglfirm.com

**Addnl. Atty. for Fulwider**
Joshua M. Feagans
Langhenry Gillen Lundquist & Johnson, LLC
29 South LaSalle Street
Suite 720
Chicago, IL 60603
(312) 704-6700
jfeagans@lglfirm.com