UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Western Division

Walter Keith Perkins, et al.
                            Plaintiff,

v.                                      Case No.: 3:08−cv−50033
                                        Honorable Charles P. Kocoras

Richard W. Schmitt, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

MINUTE entry before the Honorable Charles P. Kocoras:Motion hearing held on 7/1/2008. All defendants are given to 7/10/2008 to file their motions to dismiss with supporting memorandum. Plaintiffs are given to 7/31/2008 to file a written answer to said motions. Defendants' replies are due 8/7/2008. The Court will rule by mail. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.