080239.19

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Walter Keith Perkins and Susan P. Perkins,

               Plaintiffs,

      v.

Richard W. Schmitt, a/k/a Richard Schmidt, Robert Fulwider, Randy Hooper, Ronald Marconi, Ernest Brown, Greg Sticke, Thomas Templeton, Joseph Hettel Donald Lamps, Daniel Schmidt, Mary McDade, Chris Ryan (Howard C. Ryan, Jr.), Gary Garretson, John Hanson and Tom Lytton,

               Defendants.

No.  08 C 50033

Honorable Charles P. Kocoras, Judge Presiding

## <u>NOTICE OF FILING</u>

TO:    See Attached Certificate of Service

        PLEASE TAKE NOTICE that on July 2, 2008, we filed with the Clerk of the United States District Court, IL, Defendant John V. Hanson's Motion to Dismiss, a copy of which is attached hereto.

                       s/ John J. Duffy

                       John J. Duffy (john.duffy@dbmslaw.com)
                       Bryan J. Kirsch (bryan.kirsch@dbmslaw.com)
                       DONOHUE BROWN MATHEWSON & SMYTH LLC
                       140 South Dearborn Street, Suite 800
                       Chicago, IL  60603
                       Telephone:    (312) 422-0900
                       Facsimile:     (312) 422-0909

## CERTIFICATE OF SERVICE

        I hereby certify that on July 2, 2008, I caused to be electronically filed Defendant John V. Hanson's Motion to Dismiss, with the Clerk of Court using the CM/ECF System that will send notification of such filing(s) to the following:

Lucy B. Bednarek         lbednarek@ancelglink.com, cdonovan@ancelglink.com

Mark Bina         mbina@atg.state.il.us

Thomas DiCianni         tdicianni@ancelglink.com, smonroe@ancelglink.com

John Duffy         john.duffy@dbmslaw.com, silva@dbmslaw.com

Joshua Feagans         jfeagans@lglfirm.com

Thomas Long         sjacobsen@nortonmancini.com

Troy Lundquist         tlundquist@lglfirm.com

Ronald Rascia         rrascia@atg.state.il.us


Notice has been delivered by other means (via First Class Mail) to:

Susan P. Perkins
Walter K. Perkins
2591 E. 2350th Road
Marseilles, IL.  61341

        s/ John J. Duffy