IN THE UNITED STATES OF DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Walter Keith Perkins )
Susan P. Perkins )
    Plaintiffs )
    v. )
Richard W. Schmitt, a/k/a/ Richard )
Schmidt, Robert Fulwider, Randy )
Hooper, Ronald Marconi, Ernest )
Brown, Greg Sticka, Thomas )
Templeton, Donald Lamps, )
Gary Garretson, and John Hanson )

No. 08 C 50033

Judge Charles P. Kocoras
Presiding Judge

FILED
JUL 03 2008 NF
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION TO DENY DISMISSAL

Incompetence of doing their job.
Professional services

*[signatures]*
Susan P. Perkins