IN THE UNITED STATES OF DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

Walter Keith Perkins )
Susan P. Perkins )
      Plaintiffs )
)
v. )
)
Daniel Schmidt, Mary McDade, )
Tom Lytton )

No. 08 C 50033

Judge Charles P. Kocoras
Presiding Judge

## MOTION TO DISMISS

They are all judges.

FILED
JUL 03 2008
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*[signature]*
Susan P. Perkins