IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08 C 50033 ) |
| JOEPH P. HETTEL, et al. | ) ) |
| Defendants. | ) |

## MOTION TO DISMISS

NOW COME defendants, JOSEPH P. HETTEL, THOMAS J. TEMPLETON, DONALD J. LAMPS, RONALD MARCONI and GREG C. STICKE, by their attorney, THOMAS G. DiCIANNI and ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C., and move this court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and in support of that motion state the following:

1. Plaintiffs have filed an Amended Complaint which consists of the following:

>   Cause of Action
>   Title 18, U.S.C., Section 241 Conspiracy Against Rights
>   Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law
>   Title 18, U.S.C., Section 245 Federally Protected Activities
>   Title 42, U.S.C., Section 3631 Criminal Interference with Right to Fair Housing
>   Title 42, U.S.C., Section 14141 Pattern and Practice
>   Under Title 42, U.S.C., Section 1997
>   False Arrest and Fabrication of Evidence

2. Rule 8(a) of the Federal Rules of Civil Procedure requires that a pleading contain, in addition to statements showing the grounds for the court's jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief."

- 2 -

3.      Although plaintiffs are *pro se*, they are still required to comply with at least the minimal pleading requirements imposed by Rule 8(a).  Plaintiff's Amended Complaint fails to do so in any way.

WHEREFORE, defendants JOSEPH P. HETTEL, THOMAS J. TEMPLETON, DONALD J. LAMPS, RONALD MARCONI and GREG C. STICKE pray that this court dismiss plaintiffs' Amended Complaint with prejudice.

                                          Respectfully submitted,

By:   /s/ Thomas G. DiCianni
        Thomas G. DiCianni

Thomas G. DiCianni
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax
tdicianni@ancelglink.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

John J. Duffy
Bryan J. Kirsch
Donohue, Brown, Mathewson & Smyth
140 South Dearborn
Suite 700
Chicago, Illinois 60603
(312) 422-0900
john.duffy@dmbslaw.com
bryan.kirsch@dmbslaw.com

Joshua M. Feagans
Troy A. Lundquist
Langhenry, Gillen, Lundquist & Johnson
29 South LaSalle, Suite 720
Chicago, Illinois 60603
(312) 704-6700
jfeagans@lglfirm.com
tlundquist@lglfirm.com

Thomas J. Long
Norton, Mancini & Weiler
109 North Hale Street
P.O. Box 846
Wheaton, Illinois 60189-0846
(630) 668-9440
sjacobsen@nortonmancini.com

Ronald A. Rascia
Assistant Attorney General
100 West Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-3647
rrascia@atg.state.il.us

I further certify that a true and correct copy of the foregoing Motion to Dismiss was sent, via U.S. First Class Mail, proper postage prepaid, to:

Walter and Susan Perkins
2591 East 23 50th Road
Marseilles, Illinois 61341

/s/ Thomas G. DiCianni
tdicianni@ancelglink.com

- 3 -