08664/mtd

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

WALTER KEITH PERKINS and          )
SUSAN P. PERKINS,                 )
                                  )
            Plaintiffs,           )
      v.                          )          Case No. 08 C 50033
                                  )
ROBERT W. FULWIDER, et.al.        )
                                  )
            Defendant.            )

## DEFENDANT, ROBERT W. FULWIDER'S, MOTION TO DISMISS

Defendant, ROBERT W. FULWIDER, by and through his attorneys, LANGHENRY, GILLEN, LUNDQUIST, & JOHNSON, LLC and pursuant to Federal Rule of Procedure 12(b)(6), respectfully requests that this Court dismiss Plaintiffs' Amended Complaint with prejudice. In support of same, Defendant states as follows:

1.    Plaintiffs have filed a one-page Amended Complaint which merely delineates the title and the alleged statute that the Defendants allegedly violated. Given the straightforward nature of Defendant's argument herein, no separate Memorandum of Law is necessary at this time.

2.    Pursuant to the Federal Rules of Civil Procedure, Rule 8 provides in pertinent part as follows:

> (a)    Claims for Relief. A pleading that states a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new ground of jurisdiction to support it, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

1

3.      As noted in the above-quoted rule, Plaintiffs' Amended Complaint must contain a jurisdictional statement, a short and plain statement of the claim showing that the Plaintiff is entitled to relief, and a demand for relief.  In the case at bar, the Plaintiffs have not fulfilled any of the requisite elements in order to state a claim upon which relief may be granted.

4.      While notice-pleading is permissible, Plaintiffs' Amended Complaint falls short of even this liberal pleading requirement.  Mere recitation of a statute that the Defendants allegedly violated is not enough to state a claim.  *See Perkins v. Silverstein*, 939 F.2d 463, 467-68 (7th Cir. 1991)(noting that a complaint which merely recites statutory language and related legalese, and fails to allege minimal material factual allegations outlining the violation of the law is insufficient).

5,      Defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  In the event that this Honorable Court does not dismiss Plaintiffs' Amended Complaint, Defendant reserves the right to assert any and all defenses and immunities provided by the Tort Immunity Act, 745 ILCS 5/10-101, et seq., or otherwise, by way of further motion.

WHEREFORE, for the aforementioned reasons, Defendant, ROBERT W. FULWIDER, requests this Honorable Court dismiss the Plaintiff's Amended Complaint and for any other relief this Court deems appropriate.

Respectfully Submitted,


_____/s/ Troy A. Lundquist_____

Attorney for Defendant:
ROBERT W. FULWIDER
Troy A. Lundquist
Langhenry, Gillen,
Lundquist & Johnson, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois  60432
Phone: 815/726-3600
Fax: 815/726-3676


## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that I caused to be served the foregoing Motion to Dismiss, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 10th day of July of 2008.


___/s/ Troy A. Lundquist _____

Mr. Troy A. Lundquist
Langhenry Gillen, Lundquist
& Johnson, LLC
18 W. Cass St., Suite 500
Joliet, Illinois 60432
815/726-3600