08664/nof.mtd

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS, )<br><br>Plaintiffs, )<br>v. )<br>)<br>ROBERT W. FULWIDER, )<br>)<br>Defendant. ) | <br><br><br><br>Case No. 08 C 50033 |

### NOTICE OF FILING

TO: See Service List

    PLEASE BE ADVISED that on July 10, 2008, Defendant, ROBERT W. FULWIDER, filed with the Clerk of the Northern District of Illinois, Eastern Division, the attached **Motion to Dismiss.**

                                              ROBERT W. FULWIDER, Defendant

                                              By:  /s/  Troy Lundquist
                                                        One of His Attorneys

LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
(815) 726-3600

### CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, state that I caused to be served the foregoing Motion to Dismiss, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 10th day of July, 2008.

                                                /s/ Troy A. Lundquist

                                                Mr. Troy A. Lundquist
                                                Langhenry, Gillen,
                                                Lundquist & Johnson, LLC
                                                18 W. Cass St., Suite 500
                                                Joliet, Illinois 60432
                                                815/726-3600