08664/mot.adopt.

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and<br>SUSAN P. PERKINS,<br><br>            Plaintiffs,<br>v.<br><br>ROBERT W. FULWIDER, et.al.<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   Case No. 08 C 50033<br>)<br>)<br>)<br>) |

## DEFENDANTS, RICHARD SCHMITT, ERNEST BROWN, AND RANDY HOOPER'S MOTION TO ADOPT , DEFENDANT FULWIDER'S MOTION TO DISMISS

Defendants, RICHARD SCHMITT, ERNEST BROWN and RANDY HOOPER, by and through his attorneys, LANGHENRY, GILLEN, LUNDQUIST, & JOHNSON, LLC pursuant to Federal Rule of Procedure 12(b)(6), respectfully requests that this Court dismiss Plaintiffs' Amended Complaint with prejudice. In support of same, Defendants state as follows:

> Defendants, SCHMITT, BROWN, and HOOPER, hereby adopt the Motion to Dismiss previously filed by Defendant, ROBERT FULWIDER herein as their Responsive Pleading to Plaintiffs' Amended Complaint.

WHEREFORE, for the aforementioned reasons, Defendants, RICHARD SCHMITT, ERNEST BROWN and RANDY HOOPER , requests this Honorable Court dismiss the Plaintiffs' Amended Complaint and for any other relief this Court deems appropriate.

1

Respectfully Submitted,


_/s/ Troy A. Lundquist_

Attorney for Defendants:
RICHARD SCHMITT, ERNEST BROWN
& RANDY HOOPER
Troy A. Lundquist
Langhenry, Gillen,
Lundquist & Johnson, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
Phone: 815/726-3600
Fax: 815/726-3676


## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that I caused to be served the foregoing Motion to Adopt, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 18th day of July of 2008.


_/s/ Troy A. Lundquist_

Mr. Troy A. Lundquist
Langhenry Gillen, Lundquist
& Johnson, LLC
18 W. Cass St., Suite 500
Joliet, Illinois 60432
815/726-3600