08664/nof.adopt

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

WALTER KEITH PERKINS and )
SUSAN P. PERKINS, )
                                             )
              Plaintiffs, )
   v.                             )    Case No. 08 C 50033
                                           )
ROBERT W. FULWIDER, )
                                           )
            Defendant. )

## NOTICE OF FILING

TO:   See Service List

    PLEASE BE ADVISED that on July 18, 2008, Defendants, RICHARD SCHMITT, ERNEST BROWN and RANDY HOOPER, filed with the Clerk of the Northern District of Illinois, Eastern Division, the attached **Motion to Adopt**.

                                                  RICHARD SCHMITT, ERNEST BROWN,
                                                  RANDY HOOPER, Defendants

                                                 By:  /s/  Troy Lundquist
                                                              One of Their Attorneys

LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
(815) 726-3600

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, state that I caused to be served the foregoing Motion to Adopt, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 18th day of July, 2008.

                                                 /s/ Troy A. Lundquist

                                               Mr. Troy A. Lundquist
                                               Langhenry, Gillen,
                                               Lundquist & Johnson, LLC
                                               18 W. Cass St., Suite 500
                                               Joliet, Illinois 60432
                                               815/726-3600