# United States District Court

_____ DISTRICT OF _____

Walter Keith Perkins
Susan P. Perkins

V.

Randy Hooper

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 50033

TO: (Name and address of defendant)

Randy Hooper
2404 E 2360 Th Rd.
Marseilles, Ill. 61341

**FILED**

JUL 29 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith & Susan Perkins
2591 E 2350 Th. Rd.
Marseilles, Ill,
61341

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
**CLERK**

DATE  3/7/08

(BY) DEPUTY CLERK  [signature: Julie Mitchell]

576

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 07/02/08 |
| NAME OF SERVER (PRINT) EDWARD R. Adams | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 2404 E 2360 Rd. Marseilles, IL.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[X] Returned unexecuted: Attempted to Contact

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 5.00 + 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   07/02/08
                Date

Signature of Server: Edward R. Ad____
1451 Phelps
Ottawa, IL.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

## SUMMONS IN A CIVIL CASE

V.
Walter Keith Perkins
Susan P. Perkins

CASE NUMBER: 08 C 50033

**FILED**
JUL 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: (Name and address of defendant)

Richard W. Schmitt  2509 Reynolds
oR:A-K-A
Richoard w. Schmidt  Ottawa IL 61350

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Walter Keith Perkins & Susan P. Perkins
2591 E 2350Th. Rd.   795-5054
Marseilles, Ill.
61341

an answer to the complaint which is herewith served upon you, within ___26___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS
CLERK

DATE  3/7/08

(BY) DEPUTY CLERK

171

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 07-01-08 |
| NAME OF SERVER (PRINT) Edward Adams | TITLE |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Gentleman Rd. Ottawa, IL.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[X] Returned unexecuted: Attempted to Contact

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 5.00 + 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-01-08
Date

Signature of Server: Edward R. Adams

Address of Server: 1451 Phelps
Ottawa, IL. 61350

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____ DISTRICT OF _____

Walter Keith Perkins
Susan P. Perkin

V.

Ernest Brown
2470 E 2350Th R,
Marseilles Ill. 61341

TO: (Name and address of defendant)

Ernest Brown
2470 E 2350Th Rd,
Marseilles Ill. 61341

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08 C 5 0 0 33

FILED

JUL 29 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith & Susan Perkins
2591 E 2350 Th Rd,
Marseilles, Ill,
61341

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS    3/7/08
CLERK                 DATE

(BY) DEPUTY CLERK

590

AO 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 07/02/08 |
| NAME OF SERVER (PRINT) Edward R. Adams | TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 2470 E 2350 Rd. Marseilles, IL.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[X] Returned unexecuted: Attempted to Contact

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 5.00 + 40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07/02/08
                Date

Signature of Server   Edward R. A___
1451 Phelps
Ottawa, IL. 61350
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.