08664/nof.app

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 08 C 50033 |
| ROBERT W. FULWIDER, | ) ) ) |
| Defendant. | ) |

## NOTICE OF FILING

TO:   See Service List

    PLEASE BE ADVISED that on July 18, 2008, Defendants, RICHARD SCHMITT, ERNEST BROWN and RANDY HOOPER, filed with the Clerk of the Northern District of Illinois, Eastern Division, the attached **Appearance.**

                              RICHARD SCHMITT, ERNEST BROWN, RANDY HOOPER, Defendants

                              By:   /s/   Joshua M. Feagans
                                    One of Their Attorneys

LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
(815) 726-3600

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, state that I caused to be served the foregoing Appearances, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 18th day of July, 2008.

                                 /s/ Troy A. Lundquist

                              Mr. Troy A. Lundquist
                              Langhenry, Gillen,
                              Lundquist & Johnson, LLC
                              18 W. Cass St., Suite 500
                              Joliet, Illinois 60432
                              815/726-3600