IN THE UNITED STATES OF DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

11

July 25, 2008

Walter Keith Perkins )
Susan P. Perkins )
      Plaintiffs )
) No. 08 C 50033
V. )
Richard W. Schmitt, a/k/a/ Richard ) Honorable
Schmidt, Robert Fulwider, Randy ) Judge Charles P. Kocoras
Hooper, Ronald Marconi, Ernest ) Presiding Judge
Brown, Greg Sticka, Thomas )
Templeton, Donald Lamps, )
Gary Garrettson, and John Hanson )

FILED
JUL 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION

For judicial restraining order for all and their associates, because they have been elected or hired into positions with great powers.
We have found out since this case has been filed, one of these people or an associate has filed papers against WALTER KEITH PERKINS in La Salle County, Illinois, a warrant for his arrest. We are sure it is out of hatred and if arrested will be imprisoned for more false charges.

                                                          *Walter Keith Perkins*

                                                          Susan P. Perkins