IN THE UNITED STATES OF DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN
DIVISION

Walter Keith Perkins
Susan Patricia Perkins
　　Plaintiffs

vs.

Richard W. Schmitt a/k/a Richard Schmidt, Robert Fulwider, Randy Hooper, Ronald Marconi, Ernest Brown, Greg Sticka, Thomas Templeton, Joseph Hettel, Donald Lamps, Gary Garrettson, John Hanson

July 25, 2008

No. 08 C 50033

Honorable Charles P. Kocoras

FILED
JUL 30 2008
JUL 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion To Deny Dismissal

All of these people have taken our life savings and put us into a very bad financial situation. WALTER KEITH PERKINS has had to go and cancel out this medicare to pay for the doctor bills for him. to pay for the restitution that he has been ordered to pay. Every time that we appeared in court to tell Judge Ryan we had no extra money. Greg Sticka would threaten WALTER KEITH PERKINS with comtempt of court or take away the conditional discharge that was placed upon him. So we pray that this High Court will not dismiss any of them. All of them have

taken something away from us and our family.

To dismiss any of them would just allow them to go and do whatever they want as they have done in the past with no stopping them, if they get away with this, they know they can continue to jeopardize other peoples' life, like they have done to us.

We don't want smypathy, we just want justice done.

This isn't the first time we had to go to court against Fall River Twp. and Robert Fulwider was on the board at that time.

We are afraid for our well being and lives.

Susan Perkins