IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

July 25, 2008

Walter Keith Perkins
Susan Patricia Perkins
　　　　Plaintiffs

vs.

Richard Schmitt a/k/a Richard Schmidt, Robert Fulwider, Randy Hooper, Ronald Marconi, Ernest Brown, Greg Sticka, Thomas Templeton, Donald Lamps, Gary Garrettson, John Hanson

NO. 08 C 50033
Honorable Judge Charles P. Kocoras
Presiding Judge

FILED
JUL 30 2008
JUL 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion To Amend Foremost Complaints

Basis of Claims for Relief And Demand

1) Claims for relief as follows The Federal courts have jurisdiction.

2) Entitlement to relief. Our property was taken without due process. We, Keith Perkins and Susan Perkins are denied egress and ingress to our property. We are denied the use of the road to and from our property. Our property has been in use from 1969 for storing and repairing trucks and equipment for farm and heavy construction for all types of work, from housing to commercial. Our timber crop has been damaged

2

Water has been diverted, that was eroded onto our property that wasn't there before. Equipment has been moved or attempted to be removed. Our income has been slandered and used without our consent, along with our common law copyrights. All survey stakes has been removed and destroyed.

3) Facts - Keith Perkins was falsely accused and arrested for a felony. (Cruel, wicked, villaineous, malicious traitorous) which turns him into a public enemy, and puts the life of Keith Perkins in jeopardy, if and when he's ever stopped by an officer of any police force, because when they bring his name up, all they see is felony. He's also denied because of these charges, excess into military and private high security installations, that he has been employed at many times over the years. Also because of this, we, Keith and Susan Perkins, are not allowed to cross into Canada for hunting and fishing that we have been able to enjoy over the years. Also visit relatives that live there. All of this destroys our life and pursuit of happiness.

4) Facts. Falsely arrested, taking and using private property without due process. Common law infringement of copyrights. Tresspassing on private property, destruction of private property, stopping Keith and Susan Perkins and others from using our private property. Under deress we are forced and have been forced to pay for something that was already ours.

3

These people have mislead the jury, and the circuit court of the thirteenth judicial circuit of LaSalle County, Illinois. They have destoyed our good name and made Walter Keith Perkins (utterly odious, wicked, montrous, hateful, villainous, evil detestable, abominable, awful, Comtemptible, reprehensible, dispicable, terrible, egregious, horrific, abhorrent, loathsome, hideous, unspeakable, execrable, inquitous, beyond the pale, giving great great offense to deeds or character, brutal, cruel, and tatroeious).
c/o Oxford University.
Breach of verbal contract, breach of perscriptive easement right of way agreement, falsifying evidence, creating false evidence, taking words out of context, lieing under oath, false arrest and fabrication of evidence, conspiracy to take away rights.

5) Grounds of claims
Title 18, U.S.C., Section 241 Conspiracy Against Rights
Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of law
Title 18, U.S.C., Section 245 Federally Protected Activities
Title 42, U.S.C., Section 3631 Criminal Interference with Right to Fair Housing
Title 42, U.S.C., Section 14141 Pattern and Practice
Under Title 42, U.S.C., Section 1997
False arrest and fabrication of evidence
Professional Malpractice

4

6) Entitlement to Relief and Damages from all defendants Richard W. Schmitt, a/k/a Richard Schmidt, Robert Fulwider, Randy Hooper, Ronald Marconi, Ernest Brown, Greg Sticka, Thomas Templeton, Joseph Hettel, Donald Lamps, Gary Garrettson, and John Hanson

For the sum of $999,999,999.99 plus cost.

Plus relief in the alternative or of several different types may be demanded.

*[signature]*
Susan Perkins