08664/nof.app.807.JF

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

WALTER KEITH PERKINS and )
SUSAN P. PERKINS, )
 )
              Plaintiffs, )
 )
v. )  Case No. 08 C 50033
 )
ROBERT W. FULWIDER, )
 )
             Defendant. )

## NOTICE OF FILING

TO:   See Service List

    PLEASE BE ADVISED that on August 7, 2008, Defendant, RICHARD SCHMIDT, filed with the Clerk of the Northern District of Illinois, Eastern Division, the attached **Amended Appearance.**

                                      RICHARD SCHMIDT, Defendant

                                      By:  /s/ Joshua M. Feagans
                                             One of His Attorneys

LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
29 S. LaSalle St., Ste 720
Chicago, IL 60603
312/704-6700

## CERTIFICATE OF SERVICE

    I, the undersigned, an attorney, state that I caused to be served the foregoing Appearances, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 7th day of August, 2008.

                                        /s/ Joshua M. Feagans

                                         Mr. Joshua M. Feagans
                                         Langhenry, Gillen,
                                         Lundquist & Johnson, LLC
                                         29 S. LaSalle St., Ste 720
                                         Chicago, IL 60603
                                         312/704-6700