08664/nof.app.807.TL

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

WALTER KEITH PERKINS and          )
SUSAN P. PERKINS,                 )
                                  )
                Plaintiffs,       )
                                  )
        v.                        )        Case No. 08 C 50033
                                  )
ROBERT W. FULWIDER,               )
                                  )
                Defendant.        )

## NOTICE OF FILING

TO:     See Service List

        PLEASE BE ADVISED that on August 7, 2008, Defendant, RICHARD SCHMIDT, filed with the Clerk of the Northern District of Illinois, Eastern Division, the attached **Amended Appearance.**

                                RICHARD SCHMIDT, Defendant


                                By:   /s/   Troy A. Lundquist
                                        One of His Attorneys

LANGHENRY, GILLEN,  LUNDQUIST & JOHNSON, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
(815) 726-3600

## CERTIFICATE OF SERVICE

        I, the undersigned, an attorney, state that I caused to be served the foregoing Appearances, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 7th day of August, 2008.


                                  /s/ Troy A. Lundquist

                                Mr. Troy A. Lundquist
                                Langhenry, Gillen,
                                Lundquist & Johnson, LLC
                                18 W. Cass St., Suite 500
                                Joliet, Illinois 60432
                                815/726-3600