08664/reply.mtd

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER KEITH PERKINS and<br>SUSAN P. PERKINS,<br><br>           Plaintiffs,<br><br>    v.<br><br>ROBERT W. FULWIDER, et.al.<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08 C 50033 |

## DEFENDANTS, ROBERT W. FULWIDER, RICHARD SCHMIDT, ERNEST BROWN AND RANDY HOOPER'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants, ROBERT W. FULWIDER, RICHARD SCHMIDT, ERNEST BROWN and RANDY HOOPER, by and through his attorneys, LANGHENRY, GILLEN, LUNDQUIST, & JOHNSON, LLC and pursuant to Federal Rule of Procedure 12(b)(6), respectfully requests that this Court dismiss Plaintiffs' Amended Complaint with prejudice. For their Reply in support of the same, Defendants state as follows:

1.     Plaintiffs' two page "Motion to Deny Dismissal" does not address the arguments that their Complaint was procedurally deficient. Rather, it is merely a soliloquy of how they have allegedly been wronged. As such, it is difficult, if not impossible, to reply to Plaintiffs' "Motion to Deny Dismissal."

2.     Plaintiffs have also filed a "Motion to Amend Foremost Complaints." Presumably, this is Plaintiffs attempt to file a Second Amended Complaint. If the document entitled "Motion to Amend Foremost Complaints" is to be construed as Plaintiffs' Second Amended Complaint, it must fail too.

1

3.      Plaintiffs' Presumptive Second Amended Complaint does not meet the procedural requirements delineated in Rules 8 and 10 of the Federal Rules of Civil Procedure.  Specifically, Plaintiffs have still failed to set forth a proper jurisdictional statement, and a short plain statement of the claim showing that they are entitled to relief.

4.      In addition, both Plaintiffs' Amended Complaint and Presumptive Second Amended Complaint fail as they do not delineate which claims and damages are being asserted against which defendants.  These Pleadings further fail to separate out each individual Count. *See* Federal Rule of Civil Procedure 10(b).   As pled, Defendants cannot reasonably be required to frame a responsive pleading.

5.      Defendant respectfully requests that this Honorable Court enter an Order dismissing Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In the event that this Honorable Court does not dismiss Plaintiffs' Amended Complaint, Defendant reserves the right to assert any and all defenses and immunities provided by the Tort Immunity Act, 745 ILCS 5/10-101, et seq., or otherwise, by way of further motion.  In addition, the Defendants further request Plaintiffs' "Motion to Amend Foremost Complaints" and the related presumptive Second Amended Complaint be denied as well.

WHEREFORE, for the aforementioned reasons, Defendants, ROBERT W. FULWIDER, RICHARD SCHMIDT, ERNEST BROWN, and RANDY HOOPER requests this Honorable Court dismiss the Plaintiff's Amended Complaint and for any other relief this Court deems appropriate.

2

Respectfully Submitted,


_____/s/ Troy A. Lundquist_____


Attorney for Defendants:
ROBERT W. FULWIDER
RICHARD SCHMIDT
RANDY HOOPER
ERNEST BROWN


Troy A. Lundquist
Langhenry, Gillen,
Lundquist & Johnson, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
Phone: 815/726-3600
Fax: 815/726-3676


## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, state that I caused to be served the foregoing Motion to Dismiss, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 7th day of August of 2008.


___/s/ Troy A. Lundquist_____


Mr. Troy A. Lundquist
Langhenry Gillen, Lundquist
& Johnson, LLC
18 W. Cass St., Suite 500
Joliet, Illinois 60432
815/726-3600


3