08664/nof.reply.mtd

UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS, <br><br>        Plaintiffs, <br>v. <br><br>ROBERT W. FULWIDER, <br><br>        Defendant. | Case No. 08 C 50033 |

**NOTICE OF FILING**

TO:   See Service List

    PLEASE BE ADVISED that on August 7, 2008, Defendants, ROBERT W. FULWIDER, RICHARD SCHMIDT, ERNEST BROWN and RANDY HOOPER, filed with the Clerk of the Northern District of Illinois, Eastern Division, the attached **Reply in Support of Their Motion to Dismiss.**

                                  ROBERT W. FULWIDER, RICHARD SCHMIDT,
                                  ERNEST BROWN and RANDY HOOPER,
                                  Defendants

                                  By:  /s/  Troy A. Lundquist
                                          One of Their Attorneys

LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
18 W. Cass Street, Suite 500
Joliet, Illinois 60432
(815) 726-3600

**CERTIFICATE OF SERVICE**

    I, the undersigned, an attorney, state that I caused to be served the foregoing Appearances, served upon all parties who are not otherwise receiving electronic notification, and depositing same in the U.S. Mail at 18 West Cass Street, Joliet, Illinois 60432, before 5:00 p.m. on the 7th day of August, 2008.

                                            /s/ Troy A. Lundquist

                                            Mr. Troy A. Lundquist
                                            Langhenry, Gillen,
                                            Lundquist & Johnson, LLC
                                            18 W. Cass St., Suite 500
                                            Joliet, Illinois 60432
                                            815/726-3600