12304-TJL                                                                                                F:\Tjl\12304\pldgs\resp080708.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS, | |
| Plaintiffs, | |
| vs. | |
| RICHARD W. SCHMITT, a/k/a RICHARD SCHMIDT, ROBERT FULWIDER, RANDY HOOPER, RONALD MARCONI, ERNEST BROWN, GREG STICKE, THOMAS TEMPLETON, JOSEPH HETTEL, DONALD CAMPS, DANIEL SCHMIDT, MARY McDADE, CHRIS RYAN, GARY GARRETSON, JOHN HANSON and TOM LYTTON, | No. 08C050033  Honorable Charles P. Kocoras |
| Defendants. | |

## RESPONSE TO PLAINTIFFS' MOTION TO AMEND FOREMOST COMPLAINTS

NOW COMES the Defendant, GARY GARRETSON, by and through his attorneys in this regard, NORTON, MANCINI & WEILER, and, as and for his Response to the Plaintiffs' Motion to Amend Foremost Complaints, states as follows:

1.   Rule 8 of the Federal Rules of Civil Procedure provides in pertinent part as follows:

**(a) Claims for Relief.** A pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for

the relief the pleader seeks. Relief in the alternative or of several different types may be demanded.

2.     While federal notice-pleading allows a liberal reading of a complaint, in order to avoid dismissal, the complaint must set forth facts which sufficiently outline the basis of the claim. *Chaveriat v. William Pipe Line Co.,* 11 F.3d 1420, 1430 (7th Cir, 1993).

3.     In their Motion to Amend, the Plaintiffs once again set forth a litany of "claims" and "factual" assertions which they assert provide a sufficient basis for the causes of action which they seek to assert. However, not only does the Plaintiffs' Motion fail to set forth specific facts which would enable the Defendants to identify with any certainty the actual events and/or actions of which they complain, but the Plaintiffs fail to identify which Defendants engaged in which of the purportedly improper acts. Accordingly, the assertions contained in the Plaintiffs' Motion to Amend do not serve to remedy the fundamental factual insufficiency of their Amended Complaint.

WHEREFORE, for the foregoing reasons, the Defendant, GARY GARRETSON, respectfully requests that this Honorable Court enter an Order denying the Plaintiffs' Motion to Amend and dismiss the Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

                                          Respectfully submitted,

                                          NORTON, MANCINI & WEILER

                                          s/Thomas J. Long
                                          Attorney for Defendant GARY GARRETSON

NORTON, MANCINI & WEILER
109 North Hale, P.O. Box 846
Wheaton, IL 60189-0846
(630) 668-9440, #06185763

## CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn, deposes and states that the foregoing Motion to Dismiss was served upon the above-named attorneys, by mailing true and correct copies of same this **11th** day of **August, 2008,** by depositing them in the United States Mail at Wheaton, Illinois, postage prepaid, addressed as above shown.

                                                                    s/Thomas J. Long

NORTON, MANCINI & WEILER
109 North Hale
P.O. Box 846
Wheaton, IL 60189-0846
(630) 668-9440
#06185763

F:\Tjl\12304\pldgs\resp080708.wpd

13204-TJL                     **PERKINS v. SCHMITT, et al.**                     08 C 050033

# SERVICE LIST

**¶ pro se**
Walter K. and Susan P. Perkins
2591 East 23 50th Road
Marseilles, IL 61341
(815) 795-5059

**Atty. for Marconi, Sticke, Templeton, Hettel, Lamps**
George DiCianni
Ancel Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
tdicianni@ancelglink.com

**Addnl, Atty. for Marconi, Sticke, Templeton, Hettel, Lamps**
Lucy B. Bednarek
Ancel Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
lbednarek@ancelglink.com

**Atty. for Hanson**
John J. Duffy
Donohue, Brown, Matthewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603
(312) 422-0900
(312) 422-0909--FAX
john.duffy@dmbslaw.com

**Addnl. Atty. for Hanson**
Bryan J. Kirsch
Donohue Brown Matthewson & Smyth, LLC
140 South Dearborn
Suite 800
Chicago, IL 60603
(312) 422-0900
(312) 422-0909--FAX
bryan.kirsch@dbmslaw.com

**Atty. for Fulwider, Schmitt, Brown, Hooper**
Troy A. Lundquist
Langhenry Gillen Lundquist & Johnson, LLC
18 West Cass Street
Suite 500
Joliet, IL 60432
(815) 726-3600
(815) 726-3676
tlundquist@lglfirm.com

**Addnl. Atty. for Fulwider, Schmitt, Brown, Hooper**
Joshua M. Feagans
Langhenry Gillen Lundquist & Johnson, LLC
29 South LaSalle Street
Suite 720
Chicago, IL 60603
(312) 704-6700
jfeagans@lglfirm.com