12304-TJL                                                                                         F:\Tjl\12304\pldgs\notfil080808.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER KEITH PERKINS and SUSAN P. PERKINS,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>RICHARD W. SCHMITT, a/k/a RICHARD SCHMIDT, ROBERT FULWIDER, RANDY HOOPER, RONALD MARCONI, ERNEST BROWN, GREG STICKE, THOMAS TEMPLETON, JOSEPH HETTEL, DONALD CAMPS, DANIEL SCHMIDT, MARY McDADE, CHRIS RYAN, GARY GARRETSON, JOHN HANSON and TOM LYTTON,<br><br>　　　　　　　　　　　Defendants. | No. 08C050033<br><br>Honorable Charles P. Kocoras |

# NOTICE OF FILING

TO:　　See attached Service List.

　　　　PLEASE TAKE NOTICE that on the **11th** day of **August, 2008,** we filed with the Clerk of the of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois, the following:

Response to Plaintiffs' Motion to Amend Foremost Complaint on behalf of Defendant, GARY GARRETSON

a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　BY:　　　s/ Thomas J. Long
　　　　　　　　　　　　　　　　**NORTON, MANCINI & WEILER**
　　　　　　　　　　　　　　　　109 North Hale Street, P.O. Box 846
　　　　　　　　　　　　　　　　Wheaton, IL  60189-0846, (630) 668-9440
　　　　　　　　　　　　　　　　　　　　　　　#06185763

## CERTIFICATE OF SERVICE

　　　　The undersigned states that she served the above and foregoing Notice by electronic mailing a true and correct copy thereof to counsel of record on the **11th** day of **August, 2008.**

　　　　　　　　　　　　　　　　s/ Sheila K. Jacobsen

13204-TJL                  **PERKINS v. SCHMITT, et al.**                  08 C 050033

# SERVICE LIST

**¶ pro se**
Walter K. and Susan P. Perkins
2591 East 23 50th Road
Marseilles, IL 61341
(815) 795-5059

**Atty. for Marconi, Sticke, Templeton, Hettel, Lamps**
George DiCianni
Ancel Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
tdicianni@ancelglink.com

**Addnl, Atty. for Marconi, Sticke, Templeton, Hettel, Lamps**
Lucy B. Bednarek
Ancel Glink, Diamond, Bush, DiCianni
 & Krafthefer, P.C.
140 South Dearborn Street
6th Floor
Chicago, IL 60603
(312) 782-7606
lbednarek@ancelglink.com

**Atty. for Hanson**
John J. Duffy
Donohue, Brown, Matthewson & Smyth
140 South Dearborn Street
Suite 700
Chicago, IL 60603
(312) 422-0900
(312) 422-0909--FAX
john.duffy@dmbslaw.com

**Addnl. Atty. for Hanson**
Bryan J. Kirsch
Donohue Brown Matthewson & Smyth, LLC
140 South Dearborn
Suite 800
Chicago, IL 60603
(312) 422-0900
(312) 422-0909--FAX
bryan.kirsch@dbmslaw.com

**Atty. for Fulwider, Schmitt, Brown, Hooper**
Troy A. Lundquist
Langhenry Gillen Lundquist & Johnson, LLC
18 West Cass Street
Suite 500
Joliet, IL 60432
(815) 726-3600
(815) 726-3676
tlundquist@lglfirm.com

**Addnl. Atty. for Fulwider, Schmitt, Brown, Hooper**
Joshua M. Feagans
Langhenry Gillen Lundquist & Johnson, LLC
29 South LaSalle Street
Suite 720
Chicago, IL 60603
(312) 704-6700
jfeagans@lglfirm.com