# United States District Court

## Northern District of Illinois

**Eastern Division**

Walter Keith Perkins et al             **JUDGMENT IN A CIVIL CASE**

         v.                                  Case Number: 05 C 50033

Richard W. Schmitt et al

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiffs' complaint is dismissed.  Plaintiffs to take nothing.  All matters in controversy having been resolved, final judgment is entered in favor of all defendants and against all plaintiffs.

                                                    Michael W. Dobbins, Clerk of Court

Date:  August 27, 2008              /s/ Stephen C. Tokoph, Deputy Clerk